B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Western District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gilmore, John E.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Gilmore, Valerie A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-0463 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-6975 |
| Street Address of Debtor (No. and Street, City, and State):<br>**503 Explorer Street**<br>**Austin, TX**      ZIP Code **78734** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**503 Explorer Street**<br>**Austin, TX**      ZIP Code **78734** |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business:<br>**Travis** |
| Mailing Address of Debtor (if different from street address):<br>     ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
*See Exhibit D on page 2 of this form.*
- ■ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Chapter 11 Debtors**

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gilmore, John E.**<br>**Gilmore, Valerie A.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br><br>Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s):<br>Gilmore, John E.<br>Gilmore, Valerie A. |
|---|---|
| *(This page must be completed and filed in every case)* | |

Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **John E. Gilmore**

X _____
Signature of Joint Debtor **Valerie A. Gilmore**

Telephone Number (If not represented by attorney)

Date **9/27/12**

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Edward L. Rothberg 17313990**
Printed Name of Attorney for Debtor(s)

**Hoover Slovacek LLP**
Firm Name

**5847 San Felipe**
**Suite 2200**
**Houston, TX 77057**

Address

**713.977.8686  Fax: 713.977.5395**
Telephone Number

Date **9/27/12**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Western District of Texas

In re    John E. Gilmore
       Valerie A. Gilmore                         Case No. _____
                                Debtor(s)       Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

 □ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        □ Active military duty in a military combat zone.

 □ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

        Signature of Debtor:   _____
                                        John E. Gilmore

        Date:   9/24/12  _____

Certificate Number: 12459-TXW-CC-018091768



12459-TXW-CC-018091768

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 4, 2012</u>, at <u>8:23</u> o'clock <u>AM PDT</u>, <u>John Gilmore</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>May 4, 2012</u>          By:  <u>/s/Laura M Ahart</u>

Name:  <u>Laura M Ahart</u>

Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Western District of Texas

In re    **John E. Gilmore**
       **Valerie A. Gilmore**                               Case No. _____

                                    Debtor(s)           Chapter      **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Valerie A. Gilmore_

Date: _9/27/2012_

Certificate Number: 12459-TXW-CC-019127407



12459-TXW-CC-019127407

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 7, 2012, at 1:41 o'clock PM PDT, Valerie Gilmore received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 7, 2012     By:     /s/Laura M Ahart

                            Name:   Laura M Ahart

                            Title:  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Form 6 - Summary)  (12/07)

# United States Bankruptcy Court
### Western District of Texas

In re    John E. Gilmore
       Valerie A. Gilmore                                           Case No. _____
                                        Debtor(s)        Chapter     7  _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $625,000.00 | | |
| B - Personal Property | Yes | 35 | $291,929.68 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $1,472,211.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | $13,312,634.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $10,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $11,022.00 |
| TOTAL | | 75 | $916,929.68 | $14,784,846.58 | |

B6A (Official Form 6A) (12/07)

In re    **John E. Gilmore,**                            Case No. _____
            **Valerie A. Gilmore**

                                       Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead: 503 Explorer, Lakeway, Travis County, Texas 78734-3439** | | C | 600,000.00 | 499,000.00 |
| **3911 Evening Primose, Galveston, Tx 77554 (Lot)** | | C | 25,000.00 | 358,211.95 |

| | | |
|---|---|---|
| Sub-Total > | 625,000.00 | (Total of this page) |
| Total > | 625,000.00 | |

                                                   (Report also on Summary of Schedules)

__0__    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **John E. Gilmore,**                                              Case No. _____
         **Valerie A. Gilmore**
                                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | C | 196.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank, N.A.** **P O Box 659754** **San Antonio, Tx 785754-9754** **Account No XXXXXXX55555** | C | 52.68 |
| | | | **BBVA Compass** **Compass Link Checking** **Primary Account #XXXX8688 (-42.48)** | C | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Utility Deposit with Lakewood MUD** | C | 250.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **See attached Exhibit B-4** | C | 9,413.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See attached Exhibit B-4, included in household goods and furnishings** | C | 672.00 |
| 6. | Wearing apparel. | | **See attached Exhibit B-6** | C | 1,819.00 |
| 7. | Furs and jewelry. | | **See attached Exhibit B-7** | C | 3,104.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **See attached Exhibit B-8** | C | 905.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Insurance Policy, $1 million, term, no cash value** **Prudential Insurance Policy paid by John Gilmore Irrevocable Trust, $1 million term policy, no cash value (beneficiary: Frank Fruciano, Trustee** | C | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 16,411.68 |
|---|---|---|
|  | (Total of this page) | |

__3__    continuation sheets attached to the Schedule of Personal Property

FOYERS:

| | | |
|---|---|---|
| ART/FLORAL | 3 @ 25.0 | 75.00 |
| WOODEN TRUNKS | 2@ 10.00 | 20.00 |
| FOUNTAIN | 1 IRON | 20.00 |
| LAMPS (ENTRY) | 2@ 10.00 | 20.00 |
| FRAMES | 7@ 3.00 | 21.00 |
| TABLE (PAINTED) | 1 | 40.00 |
| ARMOIRE | 1 | 75.00 |
| MIRROR | LARGE GOLD | 25.00 |
| RUG (ROUND) | 1 | 50.00 |
| RUG   (ENTRANCE) | 1 | 5.00 |
| IRON WALL PIECES | 2@ 25.00 | 50.00 |
| MIRROR ( WOOD ROUND) | 1 | 25.00 |
| WOOD PICTURE | 1 | 15.00 |
| BOOK ENDS | I SET | 15.00 |
| SHELVE( IRON) | 1 | 20.00 |
| FLORAL ARRANGEMENTS | 5@ 10.00 | 50.00 |



LIVING ROOM ( UPSTAIRS):

| | | |
|---|---|---|
| FLAT SCREEN TV 46 INCH | 1 | 150.00 |
| DVD PLAYER | 1 | 25.00 |
| RECEIVER STEREO | 1 | 40.00 |
| ANTIQUE TABLE | 1 | 25.00 |
| END TABLE (ROUND) | 1 | 20.00 |
| END TABLE | 1 | 15.00 |
| SECTIONAL COUCH  (DAMAGED) | 1 | 100.00 |
| OTTOMAN | 1 | 25.00 |
| LEATHER CHAIR/OTTOMAN | 1 | 75.00 |
| ART | 2@ 30.00 | 60.00 |
| WOOD SHELVES | 2@8.00 | 16.00 |
| LAMPS | 2@ 20.00 | 40.00 |
| TREES/POTS | 1 | 25.00 |
| FLOOR LAMP | 1 | 15.00 |
| TOSS PILLOW/THROW | 1 SET | 20.00 |
| PICTURE FRAMES | 20 @ 3.00 | 60.00 |
| MIRROR(MANTLE) | 1 | 20.00 |
| VASES | 6@8.00 | 48.00 |
| GLASS PLATES | 3@ 5.00 | 15.00 |
| CANDLE HOLDERS | 3 SET @ 5.00 | 15.00 |
| DVD/CD'S | 36@1.00 | 36.00 |

BEDROOM: MASTER:

| Item | Qty | Value |
|------|-----|-------|
| BED (13 YRS OLD) | 1 | 150.00 |
| MATRESS/BOX | 1 | 300.00 |
| SIDE TABLE | 1 | 25.00 |
| CHEST OF DRAWERS | 1 | 50.00 |
| ARMOIRE | 1 | 75.00 |
| DVD/S | 20 @ 1.00 | 20.00 |
| CHAIR( WOOD SIDE) | 1 | 40.00 |
| WALL HANGING | 1 | 25.00 |
| LONG MIRROR | 1 | 10.00 |
| LAMPS | 2@8.00 | 16.00 |
| WICKER CHAIRS | 2@ 2.5.00 | 50.00 |
| FOOT STOOL | 1 | 10.00 |
| JEWELRY TABLE | 1 | 5.00 |
| ART ( PICTURES) | 4@5.00 | 20.00 |
| TREES | 2@8.00 | 16.00 |
| C-PAP ( SLEP APNEA ) | 1 | 100.00 |

FORMAL DINING ROOM:

| | | |
|---|---|---|
| LARGE WOODEN TABLE | 1 | 300.00 |
| CHAIRS | 8@50.00 | 400.00 |
| BUFFET | 1 | 150.00 |
| CHINA CAB ( ANTIQUE) | 1 | 250.00 |
| CHINA ( SET OF 12) | 1 | 50.00 |
| CRYSTAL ( SET OF 6) | 1 | 75.00 |
| SILVER PLATE (SET OF 12) | 1 | 75.00 |
| RUG | 1 | 75.0 |
| PERTER SERVING PIECES | 3@10.00 | 30.00 |
| ARTWORK | I LARGE PIC | 50.00 |
| WALL DÉCOR | 7 SMALL@5.00 | 35.00 |
| SILVER TABLE | 1 | 25.00 |
| SILVER BOX | 1 | 10.00 |
| FLOWER ARRANGEMENT | 1 | 20.00 |
| CANDLE HOLDERS | 3 @ 20.00 | 60.00 |
| CURTAINS | 1 | 25.00 |

FAMILY ROOM/BAR AREA:

| Item | Quantity | Value |
|---|---|---|
| BAR STOOLS | 2 @ 25.00 | 50.00 |
| COUCH | 1 | 150.00 |
| CHAIR | 1 | 75.00 |
| LAMP | 1 | 10.00 |
| SILVER SERVIND PIECES | 10@ 7.50 | 75.00 |
| SILVER PLATED PLATTERS | 3@ 5.00 | 15.00 |
| SILVER BOWL AND ICE | 2 @ 10.00 | 20.00 |
| ART ( LARGE OIL PIC) | 1 | 25.00 |
| SHELVES/WOOD | 2@ 7.50 | 15.00 |
| BUFFET (WOOD) | 1 | 200.00 |
| MIRROR (GOLD) | 1 | 10.00 |
| RUG (9X12) | 1 | 20.00 |
| CURTAINS | 5@ 10.00 | 50.00 |
| WINE FRIDGE | 1 | 25.00 |
| GLASSWARE SET(BLUE) | 1 | 40.00 |
| T.V.  9 INCH | 1 | 25.00 |
| DISHES (BLUE STONE) | 1 SET OF 8 | 30.00 |
| SERVING PIECES | 8 @ 2.00 | 16.00 |
| PLATTERS/ACDESSORIES | 5@5.00 | 25.00 |
| BASKETS/PLATTERS | 6 @ 1.00 | 6.00 |
| DECORATIVE PLATES | 7@1.00 | 7.00 |
| IRON PIECES | 3@ 8.00 | 24.00 |

LAUNDRY ROOM:

| | | |
|---|---|---|
| WASHER | 1 | 200.00 |
| DRYER | 1 | 2.00.00 |
| IRON | 1 | 5.00 |
| IRON BOARD | 1 | 1.00 |
| PAINTS/CRAFTS | 30 @ .10 | 3.00 |
| CLEANING SUPPLIES | 10 @ 1.00 | 1.00 |
| GLUE GUN | 1 | 2.00 |
| LIGHT BULBS | 6@ .50 | 3.00 |
| LAUNDRY BAG | 1 | 1.00 |
| WOODEN STORAGE | 1 | 3.00 |
| VASES | 8 @ 1.00 | 8.00 |

| OFFICE: | EACH | EST. VALUE |
|---|---|---|
| PRINTER/SCANER | 1 | 35.00 |
| DESK | 1 | 75.00 |
| OFFICE CHAIR | 1 | 20.00 |
| FILING CABINETS | 2 @ 5.00 | 10.00 |
| PICTURES/FRAMES | 5 @ 10.0 | 50.00 |
| BOOKS ( HARDBACK) | 110 @ .50 | 60.00 |
| BOOKS ( PAPERBACK) | 16 @ .25 | 4.00 |
| WOODEN CHAIR | 1 | 15.00 |
| NIK/NAKS | 25@ 1.0 | 25.00 |

C̲ ̲ ̲ Room:

| Item | Quantity | Price |
|---|---|---|
| Trundle Bed Twin | 1 | 75.00 |
| Mattresses | 2@ 25.00 | 50.00 |
| Curtains | 1 set | 5.00 |
| Jewelry chest | 1 | 10.00 |
| ROUND CHAIR | 1 | 15.00 |
| DESK CHAIR | 1 | 20.00 |
| WALL FRAMES | 6@ 3.00 | 18.00 |
| SIDE TABLE | 1 | 10.00 |
| MINNY FRIDGE | 1 | 15.00 |
| SHELVES | 3 @ 3.00 | 9.00 |
| BULLETIN BOARD | 1 | 8.00 |
| LAMP ( CRYSTAL) | 1 | 20.00 |
| LAMP (FLOOR) | 1 | 5.00 |
| SNOW GLOBES | 30 @ 2.00 | 60.00 |
| FRAMES | 6@2.00 | 12.00 |
| BEDDING | 1 SET | 20.00 |
| PILLOWS/ TOSS | 3@ 5.00 | 15.00 |
| WALL DÉCOR | IRON WHITE | 5.00 |

S̲ ̲ ̲ ROOM:

| | | |
|---|---|---|
| BED/WOOD QUEEN | 1 | 100.00 |
| MATTRESS/BOX | 1 SET | 25.00 |
| SIDE TABLE | 1 | 25.00 |
| BOOKS | 22@ .50 | 11.00 |
| TRUNK ( LEATHER) | 1 | 75.00 |
| WEIGHTS/WORK OUT GEAR | SEVERAL | 25.00 |
| DESK CHAIR | 1 | 15.00 |
| COMFY SAK | 1 | 75.00 |
| LAMP | 2 @ 5.00 | 10.00 |
| SHELF | 1 WOOD | 5.00 |
| PICTURE/FRAMES | 4 @ 10.00 | 40.00 |
| X-BOX | 1 | 50.00 |
| X-BOX GAMES | 12@ 7.50 | 90.00 |
| TV ( 32 INCH   18 YEARS OLD) | 1 | 20.00 |
| BEDDING | 1 SET | 25.00 |
| THROW PILLOWS | 2 @ 5.00 | 10.00 |
| RUG | 1 | 10.00 |
| WATER PIC | 1 | 12.00 |
| GAME BOY AND CASE | 1 | 15.00 |
| AUTOGRAPHED BASEBALLS | 3 IN CASE | 25.00 |
| | | |
| PICTURE FRAMES ( SMALL) | 5@ 3.00 | 15.00 |

MEDIA ROOM/ DOWNSTAIRS DEN:

| | | |
|---|---|---|
| SECTIONAL COUCH | 1 | 100.00 |
| GAMING CHAIR | 1 | 5.00 |
| COFFEE TABLE | 1 | 25.0 |
| END TABLE ( ROUND) | 1 | 25.00 |
| LAMP | 1 | 5.00 |
| IRON SIDE TABLES | 3@5.00 | 15.00 |
| CURTAINS | 1 SET | 5.00 |
| IRON PIECE  (LONG) | 1 | 20.00 |
| BEAR PICTURE | 1 | 20.00 |
| ART PIECES | 2@ 5/00 | 10.00 |
| BOOKS | | |
| HARDY BOYS/NANCY DREW SERIES  1 OF EACH | | 40.00 |
| DVD MOVIES | 40 @ 1.00 | 40.00 |
| KIDS SPORTS TROPHYS | 22@1.00 | 22.00 |
| WII CONSOLE AND ACCESSORIES | 1 SET | 50.00 |
| WII GAMES | 12@ 5.00 | 60.00 |
| PICTURE FRAMES | 16 @ 2.00 | 32.00 |
| GAMES | 8 @ 2.00 | 16.00 |
| POKER SET | 2@ 10.00 | 20.00 |
| GLOBE | 1 | 5.00 |
| VASES | 2@ 3.00 | 6.00 |

GUEST ROOM 2

| | | |
|---|---|---|
| BED/FRAME/DOUBLE | 1 | 40.00 |
| IRON ART9 HEADBOARD) | 1 | 20.00 |
| SIDE TALE | 1 | 10.00 |
| LAMP | 1 | 10.00 |
| SOFA TABLE | 1 RED IRON | 25.00 |
| PICTURES | 3 IRON @ 5.00 | 15.00 |
| SHAGGY RUG | 1 | 2.00 |
| KIDS FAVORITE OLD TOYS | 15@ 1.00 | 15.00 |
| PICTURE FRAMES | 3@ 2.00 | 6.00 |
| FLOOR VASES | 1 | 5.00 |
| BEDDING SET | 1 | 20.00 |
| BATH TOWELS | 6@1.00 | 6.00 |

OUTDOOR AREAS:

| Item | Quantity/Price | Total |
|---|---|---|
| IRON LOUNGERS | 2@ 20.00 | 40.00 |
| LOUNGE CUSHIONS | 2 @ 5.00 | 10.00 |
| WOOD PLAYSCAPE | | 200.00 |
| PLANT POTS | 9 @ 5.00 | 45.00 |
| TRAMPOLINE | 9 YRS OLD | 20.00 |
| PING PONG TABLE | 1 | 50.00 |
| PATIO TABLE  IRON | 1 ( 13 YRS) | 5.00 |
| PATIO CHAIRS | 4 @ 15.00 | 60.00 |
| IRON BENCH | 1 | 5.00 |
| IRON CHAIRS | 2 @ 5.00 | 10.00 |
| IRON COFFEE TABLE | 1 | 5.00 |
| PATION UMBRLLA AND BASE | 1 | 10.00 |
| BAR STOOLS | 2@ 5.00 | 10.00 |
| OUTOOR HOSE | 1 | 5.00 |
| IRON SHELF UNIT | 1 | 10.00 |
| ANTIQUE WOOD TABLE | 1 | 5.00 |
| BEACH TOWELS | 8 @ 3.00 | 24.00 |
| IRON WALL DÉCOR | 2 @ 10.00 | 20.00 |
| IRON YARD ART | 2 @ 5.00 | 10.00 |
| LARGE WOODEEN TABLE | 1 | 150.00 |
| WOODEN CHAIRS | 8 @ 15.00 | 120.00 |
| TERRA COTTA DÉCOR | 4 @ 3.00 | 12.00 |
| IRON BASE TABLE | 1 | 150.00 |
| IRON CHAIRS | 4 @ 25.00 | 100.00 |
| CHAIR CUSHIONS | 4 @ 3.00 | 12.00 |
| RUG | 2 @ 12.00 | 24.00 |

| | | |
|---|---|---|
| SHELVES ( GREEN) | 1 | 12.00 |
| FLOWERS/POT | 2 @ 3.00 | 6.00 |
| OUTDOOR KITCHEN | ALL BUILT IN | 0.00 |
| KITCHEN TOOLS | I SET | 3.00 |
| BASKETBALL HOOPS | 2@ 10.00 | 20.00 |
| LION POTS | 2@8.00 | 16.00 |
| RUGS/MATS | 3@5.00 | 15.00 |

GUEST ROOM 1:

| | | |
|---|---|---|
| BED/FRAME | 1 | 100.00 |
| MATTRESS (QUEEN) | 1 SET | 25.00 |
| SIDE TABLE | BLUE ANTIQUE | 15.00 |
| DESK CHAIR | 1 | 15.00 |
| CHEST DRAWERS | ANTIQUE | 125.00 |
| TV  9 INCH | 1 (20 YERS OLD) | 10.00 |
| IRON TOWEL HOLDER | 1 | 20.00 |
| ART ( wood pieces) | 3 @ 5.00 | 15.00 |
| Bed Linens | 1 set | 30.00 |
| Hard cover books | 30 @ .50 | 15.00 |
| Lamps | 2@ 12.50 | 25.00 |
| Book shelves | 1 | 5.00 |
| Bath Towels | 6@ 1.00 | 6.00 |
| Shower curtain | 1 | 5.00 |
| Curtains( burlap fringe) | 1 set | 10.00 |
| Candle holder/vase | 1 | 8.00 |
| Frames | 8@ 2.00 | 16.00 |
| Childrens clothes | 2 boxes ( keepsake items) | 40.00 |
| Rug | 2@ 7.50 | 15.00 |
| Lamp | 2 @ 5.00 | 10.00 |
| Camp trunk | 1 | 25.00 |
| Formal dresses | 8@ 6.00 | 48.00 |

BED LINENS

| | | |
|---|---|---|
| KING SHEETS | 2@ 10.00 | 20.00 |
| QUEEN SETS | 3@10.00 | 30.00 |
| DOUBLE SETS | 2@ 5.00 | 10.00 |
| TWIN SETS | 4@5.00 | 20.00 |
| COMFORTERS | 3@10.00 | 30.00 |
| TOSS PILLOWS | 8@3.00 | 24.00 |

TOWELS:

| | | |
|---|---|---|
| BATH TOWELS | 16@ 1.00 | 16.00 |
| HAND TOWEL | 11@.50 | 5.50 |

PERSONAL ITEMS:

| | | |
|---|---|---|
| HOT ROLLERS | 4 @ 3.00 | 12.00 |
| CURLING IRON | 1 | 2.00 |
| FLAT IRON | 2@5.00 | 10.00 |
| BLOW DRYERS | 3@2.00 | 6.00 |
| ELECRIC SHAVER | 1 | 5.00 |

CLEANING PRODUCTS:

| | | |
|---|---|---|
| VACUUM CLEANERS | 2@10.00 | 20.00 |
| MOP | 2@3.00 | 6.00 |
| BROOM/DUSTPAN | 2@.50 | 1.00 |
| CLEANING SUPPLIES | ASSORTMENT@.50 | 5.00 |

GARAGE/STORAGE AREA

| | | |
|---|---|---|
| CHRISTMAS DECORATIONS | 20 BOXES @ 10.00 | 200.00 |
| DOG KENNEL | 1 | 15.00 |
| GAS CANS | 3 @ 2.00 | 6.00 |
| HALLOWEEN DECORATIONS | 2 BOX @ 10.00 | 20.00 |
| ANTIQUE SEWING MACHINE | 1 | 75.00 |
| SEWING MACHINE | 1 | 10.00 |
| EASTER DECORATIONS | 2 BOX @ 10.00 | 20.00 |
| PICTURE FRAMES | 3 @ 2.00 | 6.00 |
| ARTIFICIAL CHRISTMAS TREE | 1 | 25.00 |
| TOSS PILLOWS | 3@2.00 | 6.00 |
| LIGHTED TREES IN URNS | 2@10.00 | 20.00 |
| SLEEPING BAG | 1 | 5.00 |
| DRESS UP BOX (DISNEY) | 1 | 15.00 |
| TOY BOX (WOODEN) | 1 | 25.00 |
| LARGE METAL NUTCRACKER | 1 | 50.00 |
| TOOL BOX WITH TOOLS | 1 | 40.00 |
| MENS BICYCLE | 1 | 50.00 |
| GIRLS BICYCLE | 1 | 10.00 |
| LARGE LADDER | 1 | 15.00 |
| STEP LADDER | 1 | 10.00 |
| ASSORTED FLOOR TILES | 10 BOXES @ 5.00 | 50.00 |
| OUTSIDE BUFFET | 1 IRON | 50.00 |
| HEDGE TRIMMER | 1 | 8.00 |
| SHOVEL | 2@5.00 | 10.00 |

MASTER CLOSET:

JOHNS CLOTHES:

| | | |
|---|---|---|
| SPORTS JACKETS | 2@10.0 | 20.00 |
| OVERCOAT | 1 | 6.00 |
| PAJAMAS (PANTS) | 3@1.00 | 3.00 |
| SHORTS | 7@1.00 | 7.00 |
| JEANS | 4@2.00 | 8.00 |
| DRESS SHIRTS | 25@1.00 | 25.00 |
| KNIT SHIRTS | 18@.50 | 9.00 |
| SLACKS | 8@2.00 | 16.00 |
| SUITS | 2@20.00 | 40.00 |
| SWIM TRUNKS | 2@.50 | 1.00 |
| UNDERWEAR | 14 @ -0- | 0-0 |
| SOCKS | 22@ .10 | 2.20 |
| T-SHIRTS | 18@.25 | 4.50 |
| LEATHER BELTS | 6@.50 | 3.00 |
| NECKTIES | 17@.50 | 8.50 |
| WORK OUT SHORTS | 6@.50 | 4.00 |

SHOES:

| | | |
|---|---|---|
| DRESS SHOES | 2@2.00 | 4.00 |
| COWBOY BOOTS | 2@20.00 | 40.00 |
| SNEAKERS | 2@3.00 | 6.00 |
| CASUAL (SPERRYS) | 1 | 5.00 |
| SLIPPERS | 1 | 2.00 |
| GOLF SHOES | 1 | 10.00 |
| SUITCASES/BAGS | 3@8.00 | 24.00 |



EXHIBIT
B-6

STORAGE/SKI CLOTHES

| | | |
|---|---|---|
| ADULT SKI JACKETS | 2@15.00 | 30.00 |
| GIRLS JACKETS | 2@10.00 | 20.00 |
| SNOWBOARD PANTS | 3@10.00 | 30.00 |
| JACKET BOYS | 1 | 25.00 |
| THERAL BIBS | 1 | 10.00 |
| LADIES SNOWPANTS | 3 @10.00 | 30.00 |
| SKI SWEATERS | 4@5.00 | 20.00 |
| THERMALS SHIRTS | 8@4.00 | 32.00 |
| THERMAL SETS | 4@3.00 | 12.00 |
| SNOW BOOTS | 2@15.0 | 30.00 |
| SCARVES/HATS | 8@.50 | 4.00 |
| SKI GOGGLES | 4@ 5.00 | 20.00 |
| | | |
| LADIES COATS: | 4@5.00 | 20.00 |
| LONG SWEATERS | 3@5.00 | 15.00 |
| MENS JACKETS | 3@4.00 | 12.00 |
| UMBRELLAS | 3@1.00 | 3.00 |
| RAIN PONCHOS | 4@2.00 | 8.00 |
| STADIUM SEATS | 2@5.00 | 10.00 |

VALERIE CLOSET:

| | | |
|---|---|---|
| DRESS SHOES | 6@3.00 | 18.00 |
| SHORT COWBOY BOOT | 1 | 10.00 |
| UGG BOOTS | 1 | 25.00 |
| RANCH BOOTS | 1 | 20.00 |
| TALL RIDING BOOT | 1 | 15.00 |
| COWBOY BOOT | 1 | 25..00 |
| BLACK BOOTS, TALL DRESS | 1        (WORN) | 5.00 |
| TENNIS SHOES | 1 | 2.00 |
| TENNIS SHOES | 2@1/00 | 2.00 |
| FLAT SANDLES | 5@ 2.00 | 10.00 |
| WEDGE SHOES | 7@2.00 | 14.00 |
| FLIP FLOPS | 4@1.00 | 4.00 |
| ASSORTED SANDLES | 8@1.00 | 8.00 |
| BELTS | 9 @ 2.00 | 18.00 |
| SWIMSUITS | 8@.25 | 4.00 |
| BLOUSES | 21@1.00 | 21.00 |
| JEANS | 4@2.00 | 8.00 |
| PINK JEANS | 1 | 2.00 |
| WHITE JEANS | 1 | 2.00 |
| CROPPED PANTS | 5@1.00 | 5.00 |
| DRESS PANTS | 4@1.50 | 6.00 |
| BLAZERS | 3@4.00 | 12.00 |
| WORK/CHURCH DRESSES | 4@5.00 | 20.00 |
| COCKTAIL DRESSES | 3@7.00 | 21.00 |

| | | |
|---|---|---|
| EVENING DRESSES | 4@10.00 | 40.00 |
| SKIRTS | 7@1.00 | 7.00 |
| SWEATSUITS/CASUAL | 3@2.00 | 6.00 |
| BRAS | 6 @ -0- | -0- |
| CASUAL SHORTS | 8@.50 | 4.00 |
| LADIES UNDERWEAR | 17@ -0- | 0-0 |
| TENNIS SKIRTS | 6@ 1.00 | 6.00 |
| TENNIS SHIRTS | 9@1.00 | 9.00 |
| NIKE/WORK OUT SHORTS | 4@.50 | 2.00 |
| T-SHIRTS | 11@.50 | 5.50 |
| SWEATERS | 6@4.00 | 24.00 |
| PAJAMAS | 4@1.00 | 4.00 |
| SPORT BRAS | 6@.50 | 3.00 |
| SWEATSHIRTS | 3@2.00 | 6.00 |
| CAMI/UNDERSHIRTS | 4@2.00 | 8.00 |
| TIGHTS/HOSERY | 8@.50 | 4.00 |
| SOCKS | 12@.50 | 6.00 |
| SCARFS | 9@2.00 | 18.00 |
| PURSES | 8@10.00 | 80.00 |

C              _ _/PERSONAL ITEMS:

| Item | Quantity | Amount |
|---|---|---|
| SWIMSUITS | 12@1.00 | 12.00 |
| SKIRTS | 9@1.00 | 9.00 |
| LEATHER JACKET | 1 | 5.00 |
| JEANS | 6@ 5.00 | 30.00 |
| NORTHFACE JACKETS | 2@10.00 | 20.00 |
| DRESSES (CHURCH) | 4@3.00 | 12.00 |
| PEA COAT | 1 | 5.00 |
| CHRISTMAS DRESS | 1 | 10.00 |
| SPORT BRAS | 3@.50 | 1.50 |
| SHIRTS (CASUAL) | 22@1.00 | 22.00 |
| BRAS | 4@1.00 | 4.00 |
| T-SHIRTS (WORK OUT) | 12@.50 | 6.00 |
| RUNNING SHORTS | 12@1.00 | 12.00 |
| PAJAMAS | 7@1.00 | 7.00 |
| T-SHIRTS ( HOLLISTER,ETC) | 7@.200 | 14.00 |
| SWEATSHIRTS | 4@1.00 | 4.00 |
| BALLET SLIPPERS | 1 | 5.00 |
| TAP SHOES | 1 | 5.00 |
| JAZZ SHOES | 1 | 5.00 |
| DRESS SHOES | 1 | 2.00 |
| SPERRY TOPSIDERS | 1 | 5.00 |
| COWBOY BOOTS | 1 | 25.00 |
| SHORT BOOTS | 1 | 5.00 |
| UGG BOOTS | 1 | 25.00 |
| TENNIS SHOES(NIKE) | 2@2.00 | 4.00 |
| SANDLES | 6@1.00 | 6.00 |

| VERA BRADLEY PURSE | 2@ 10.00 | 20.00 |
| VERA BRADLEY WALLET | 2@ 6.00 | 12.00 |
| OVERNIGHT BAGS | 3@5.00 | 15.00 |
| FLIP FLOPS | 4@1.00 | 4.00 |

JEWELRY:

| JAMES AVERY NECKLACE | 1 | 25.00 |
| JAMES AVERY EARRINGS | 1 | 10.00 |
| BRIGHTON CHARM BRACELET | 1 | 40.00 |
| ASSORTED EARRINGS | 15@.50 | 7.50 |
| NECKLACES | 12@.50 | 6.00 |
| BRACELETS | 7@.50 | 3.50 |
| HAIR BOWS | 12@1.00 | 12.00 |
| HEADBANDS | 9@.50 | 4.50 |

S.        PERSONAL:

| | | |
|---|---|---|
| JEANS | 2@5.00 | 10.00 |
| CARGO SHORTS | 6@2.00 | 12.00 |
| HUNTING PANTS | 1 | 10.00 |
| HUNTING JACKET | 1 | 10.00 |
| T-SHIRTS (COLORED) | 21@1.00 | 21.00 |
| DRESS SHIRTS | 6@2.00 | 12.00 |
| SWEATSHIRTS | 4@2.00 | 8.00 |
| BASEBALL PANTS | 3@1.00 | 3.00 |
| BASKETBALL PANTS | 4@1.00 | 4.00 |
| KHAKI PANTS | 2@5.00 | 10.00 |
| WORK OUT SHORTS | 13@1.00 | 13.00 |
| T-SHIRTS (CASUAL) | 16@.25 | 4.00 |
| SWIMSUITS | 4@1.00 | 4.00 |
| GOLF SHIRTS | 2@2.00 | 4.00 |
| FISHING VEST | 1 | 3.00 |
| HUNTING VEST | 1 | 5.00 |
| PAINTBALL PANTS | 1 | 15.00 |
| PAINTBALL SHIRT | 1 | 10.00 |
| FURRY SWEATSHIRT | 1 | 5.00 |
| LEATHER BELTS | 2@3.00 | 6.00 |
| NECKTIE | 3@2.00 | 6.00 |
| SOCKS | 16@.25 | 4.00 |
| BOXER SHORTS | 8@.25 | 2.00 |
| COMPRESSION SHORTS | 5@1.00 | 5.00 |
| TENNIS SHOES | 3@2.00 | 6.00 |

| | | |
|---|---|---|
| FOOTBALL CLEATS | 1 | 5.00 |
| BASEBALL CLEATS | 2@5.00 | 10.00 |
| HUNTING BOOTS | 1 | 15.00 |
| FLIP FLOPS | 2@2.00 | 4.00 |
| SLIPPERS | 1 | 1.00 |
| SPORTS BAGS | 2@3.00 | 6.00 |
| SMALL SPORTS BAGS | 3@1.00 | 3.00 |
| CAPS/HATS | 8@.50 | 4.00 |

JEWELRY:

| | | |
|---|---|---|
| TIFFANY SILVER BRACELET | 1 | 125.00 |
| MICHAEL YURMAN NECLACE (SILVER) | 1 | 250.00 |
| MICHAEL YURMAN BRACELET | 1 | 250.00 |
| CHRISTIANI JEWELERS NECKLACE | 1 | 400.00 |
| CHRISTIANI JEWELERS BRACELET | 1 | 250.00 |
| CHRISTIANI JEWELERS RING | 1 | 200.00 |
| ANTIQUE SILVER/DIAMOND RING | 1 | 300.00 |
| DEAMOND/SILVER CROSS AND CHAIN | 1 | 150.00 |
| TURQUOISE/STONE NECKLACE | 1 | 20.00 |
| GOLD MEDALLIAN NECKLACE | 1 | 75.00 |
| SILVER RINGS | 2@10.00 | 20.00 |
| MOTHERS RING (MY MOMS) | 1 | 50.00 |
| SILVER CHAINS/NECKLACES | 4@15.00 | 60.00 |
| KENDRA SCOTT EARRING/NECKLACE/BRACELET SET 1 | | 75.00 |
| QUEEN BABY EARRINGS | 1 | 50.00 |
| BANGLE BRACELETS | 12@.50 | 6.00 |
| SILVER/STONE EARRINGS | 14@2.00 | 28.00 |
| SILVER/TOPAZ RING/NECKLACE | 1 SET | 150.00 |
| TOMMY BAHAMA STAINLESS WATCH | 1 | 40.00 |
| GOLD/STONE BRACELET WATCH | 1 | 10.00 |
| 3 SEIKO WATCHES ( NEED BATTERIES) | 3@5.00 | 15.00 |
| FOSSIL WATCH/STAINLESS | 1 | 5.00 |

JOHNS JEWELRY:

| | | |
|---|---|---|
| WEDDING BAND | 1 | 100.00 |
| TAG WATCH ( STAINLESS) | 1 | 300.00 |
| CITAZEN WATCH ( DIVERS) | 1 | 20.00 |

EXHIBIT
B-7

| | | |
|---|---|---|
| GUESS WATCH | 1 | 15.00 |
| ANTIQUE CUFF LINKS | 2@ 10.00 | 20.00 |

SUNGLASSES:

| | | |
|---|---|---|
| MENS RAY BAN ( VINTAGE/DADS) | 1 | 25.00 |
| LADIES OAKLEY ( GREEN/BROWN) | 1 | 25.00 |
| LADIES TORY BURCH | 1 | 35.00 |
| MENS OAKLEY ( BASEBALL) | 1 | 50.00 |
| ASSORTED GLASSES | 4@ 1.00 | 4.00 |

ATHLETIC GEAR/EQUIPMENT:

| | | |
|---|---|---|
| TENNIS RAQUETS | 2@5.00 | 10.00 |
| TENNIS BAGS | 2@1.00 | 2.00 |
| GOLF BAG AND CLUBS | 1 SET | 40.00 |
| BASEBALL BAG | 1 | 3.00 |
| BASEBALL BATS | 4@15.00 | 60.00 |
| BASEBALL GLOVES | 2@25.00 | 50.00 |
| BAG OF BASEBALLS | 1 | 2.00 |
| ASSORTED BALLS | 4@1.00 | 4.00 |
| VOLLEYBALL NET | 1 | 6.00 |
| ANTIQUE SNOW SKIES | 1 | 15.00 |
| ZUMA SKATERS BAG | 1 ( WHEEL DAMAGED) | 5.00 |
| SPEED FOOTBALL HELMET | 1 | 75.00 |
| RYDELL FOOTBALL HELMET | 1 (YOUTH) | 40.00 |
| WEST VA FOOTBALL HELMET | 1 | 50.00 |
| FISHING POLES | 4@5.00 | 20.00 |
| FISHING GEAR | 1 BOX | 10.00 |
| AIRSOFT GUNS | 2@20.00 | 40.00 |
| PAINTBALL GUN | 1 | 50.00 |
| AIRSOFT HAND GUN | 1 | 3.00 |

HUNTING RIFLES/SHOTGUNS:

| | | |
|---|---|---|
| YOUTH BB GUN | 1 | 10.00 |
| 12G SHOTGUN( GRANDPAS) | 1 | 50.00 |
| 20G SHOTGUN | 1 | 150.00 |
| DEEF RIFLE | 1 (YOUTH) | 125.00 |



COMPUTERS/ELECTRONICS:

| | | |
|---|---|---|
| I MAC PERSONAL COMPUTER AND MONITOR | | 100.00 |
| I PAD II  (CRACKED SCREEN) | | 75.00 |
| DELL LAPTOP  ( 8 YRS OLD)  BOUGHT USED | | 25.00 |
| DELL MIN LAPTOP | | 100.00 |

PHONES:

| | | |
|---|---|---|
| I-PHONE 4G | 2@10.00 | 20.00 |
| I-PHONE 4GS | 1 | 99.00 |
| I-PHONE 3GS | 1 | 1.00 |

CAMERA/VIDEO EQUIPMENT

| | | |
|---|---|---|
| PANASONIC MINI RECORDER | 1 | 20.00 |
| MINI VIDEO RECORDER | 1 | 25.00 |
| DIGITAL CAMERA  ( 10 YEARS OLD) | 1 | 8.00 |

B6B (Official Form 6B) (12/07) - Cont.

In re     **John E. Gilmore,**                                                              Case No. _____
          **Valerie A. Gilmore**
                                                                ,
                                        Debtors
                        **SCHEDULE B - PERSONAL PROPERTY**
                                    (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **NOT PROPERTY OF THE ESTATE -- SEE STATEMENT OF AFFAIRS # 14:  Texas Guaranteed Tuition Plan Account xxxxx155, Beneficiary C. Gilmore, minor child (balance of $15,820.00 received as of 01/2012)** | C | 0.00 |
| | | **NOT PROPERTY OF THE ESTATE -- SEE STATEMENT OF AFFAIRS # 14:  Texas Guaranteed Tuition Plan Account xxxxx135, Beneficiary S. Gilmore, minor child (balance of $17,741.00 received as of 01/2012)** | C | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **See attached Exhibit B-13.** | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **See attached Exhibit B-13.** | C | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Agreed Judgment dated May 4, 1999 against Russell Erxleben, under Case No. 98-10498, In the 200th Judicial District Court of Harris County, Texas. Damages awarded in the amount of $570,000, and exemplary damages in the amount of $1,140,000.00.** | C | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                        Sub-Total >            0.00
                                                    (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**EXHIBIT B-13**

| Entity | FEIN | General Partner | Ownership Type | % Ownership Interest | Begin Date | End Date/Status | Estimated Fair Market Value |
|---|---|---|---|---|---|---|---|
| 519 Colquitt GP, LLC | | | Member | | 12/11/2006 | Forfeited 5/21/2010 | 0.00 |
| 1501 Beall LP (Monticello) | 05-0614983 | 1501 Beall GP, LLC | Limited Partner | 25% | 1/4/2005 | Active | 50,000.00 |
| 1501 Beall GP, LLC | | | Member | | | Active | |
| 209 Merrie Way 1, LLC | | | Member | | 11/21/2008 | Forfeited | 0.00 |
| 2525 S. Voss GP, LLC | 20-5934441 | | Member | | 11/14/2006 | | 0.00 |
| 2525 S. Voss Ltd. | 20-5934363 | 2525 S. Voss CP LLC | Limited Partner | | 11/14/2006 | Real estate sold 8/11 | 0.00 |
| 6414 Ltd. (dba Greentree) | 22-3823181 | | Limited Partner | 50% | 8/16/2001 | Real estate sold 12/09; Dissolved. | 0.00 |
| 9775 Pine Lake Dr LP | 76-0643307 | | | | | Real estate sold 7/19/2011. Short sale. | 0.00 |
| Briarwood Partners, Ltd | 27-0314397 | Briarwood Partners G.P., L.L.C. | | 0.50% | 8/20/2009 | Active | 2,500.00 |
| Briarwood Partners G.P., L.L.C. | | | Member | 50% | 7/28/2009 | Active | 2,500.00 |
| Broadmead Apartments, Ltd. | 27-1430114 | | Member | | 12/8/2009 | Active | 500.00 |
| Broadmead Apartments G.P., L.L.C. | | | Member | | 12/8/2009 | Active | 500.00 |
| Cameron Rei VIII, LLC | | | Member | | 12/8/2009 | Forfeited | 0.00 |
| Condominiums at Murray Hill, Ltd. | 06-1658330 | J.L.&G. Inc. | | | 11/26/2001 | Real estate sold. Forfeited. | 0.00 |
| Crawford & Company | | | | 100% | 8/4/2002 | | 0.00 |
| Dove Creek Condominiums GP, LLC | 20-8936147 | | Member | | 5/9/2007 | | 0.00 |
| Dove Creek Condominiums, Ltd. | 20-8936080 | Dove Creek Condominiums GP, LLC | | 19% | 5/9/2007 | Real estate foreclosed 12/11 | 0.00 |
| Dove Creek Retail, Ltd | 26-3039546 | Dove Creek Retail GP, LLC | | 34% | 9/3/2008 | Real estate foreclosed 11/11 | 0.00 |
| Dove Creek Retail II GP, LLC | 26-3040233 | | Member | | | | 0.00 |
| Dove Creek Retail GP, LLC | 26-3040293 | | Managing Member | 71.43% | 9/3/2008 | Foreclosed 11/11 | 0.00 |
| FMJR Investment LLC | 27-1864820 | | Member | | 1/5/2010 | | 0.00 |
| Guidmore GP, LLC | 47-0933534 | | General Partner | 0% | | Sold Topaz Technologies 3/11 | 0.00 |
| Hidden Pines Apartments, L.P. | | | Registered Agent | 50% | 3/14/2001 | Forfeited 8/28/2009 | 0.00 |
| Hunters Point Center, LTD | 74-2683933 | | Limited Partner | 23.40% | 6/2/2006 | 11/11/2012 | 0.00 |
| J&B Heritage Partners, L.P. | 74-2978712 | | Limited Partner | 50% | 9/13/2000 | 3/13/2006 | 0.00 |

**EXHIBIT B-13**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J&B Richmore Management, LLC | 76-0677547 | | Member | 50% | 9/13/2000 | Real estate foreclosed 11/11 | 0.00 |
| J&M Portfolio GP, LLC | 14-2009937 | | Member | 0.50% | 10/6/2005 | Real estate sold 12/11. Short sale. | 0.00 |
| J&M Portfolio, LTD | 20-3823597 | | Limited Partner | 0.49% | | | 0.00 |
| J&M Portfolio Partners, Ltd. | 20-3823597 | J&M Portfolio G.P., LLC | Limited Partner | | 10/6/2005 | Real estate sold. Forfeited. | 0.00 |
| JB Riverstone, LLC | | | Member | 100% | 7/10/2003 | Real estate sold 12/11. | 0.00 |
| J. L. & G., INC. | 74-2668544 | | Member | 100% | 12/27/1991 | | 0.00 |
| J.G. North Lamar G.P., L.L.C. | 26-0141716 | | Member | 100% | 5/9/2007 | Real estate sold 2009 | 0.00 |
| J.L. & G. II, INC. | 74-2689671 | | Stockholder | 100% | Jan-92 | 7/13/2007 Forfeited. | 0.00 |
| J.G. North Lamar, Ltd | 26-0141657 | J.G. North Lamar G.P., L.L.C. | Limited Partner | 50% | 5/9/2007 | Real estate sold 1/10. | 0.00 |
| JGDM Kyle, Ltd. | 20-1797798 | | Limited Partner | 100% | 9/1/2004 | Real estate sold 2009. | 0.00 |
| Las Brisas 4500 N Main GP, LLC | 26-3579313 | | Member | 100% | 10/24/2008 | Foreclosed 10/11 | 0.00 |
| Las Brisas 4500 N Main, Ltd | 26-3579183 | Las Brisas 4500 N. Main GP, LLC | Limited Partner | 80% | 10/24/2008 | 4/30/2010. Foreclosed 10/11. | 0.00 |
| Longmore Apartment Properties, Ltd. | 36-4530950 | J.L.&G. Inc. | Limited Partner | | 5/8/2003 | Canceled. | 0.00 |
| Longmore Research Blvd., Ltd. | 74-2998464 | | Limited Partner | 34% | | Foreclosed 11/11 | 0.00 |
| Lubbock Riverstone, Ltd. | 75-3122800 | | Limited Partner | 13% | | Real estate sold 2/2012 | 0.00 |
| Peak Real Estate Management LLC | 27-1213242 | | Member | 25% | 10/26/2009 | | 0.00 |
| Richmore Payroll Management | 76-0605681 | | | 100% | | Ceased operating | 0.00 |
| Richmore Properties LLC | 27-1429776 | | Member | 50% | 12/8/2009 | Active | 0.00 |
| Richmore Properties I, Ltd. | 76-0553079 | | | 26% | 10/30/1997 | | 0.00 |
| Seven Gables Ltd. | 76-0621086 | | | | 10/21/1999 | Dissolved. | 0.00 |
| Sherwood Pines, Ltd. | 76-0621085 | | Limited Partner | 22.50% | 10/26/1999 | Real estate sold in 2006. | 0.00 |
| Topaz Technologies, Ltd. | 74-2887708 | Guidmor GP, LLC | Limited Partner | | 11/1/2003 | Sold in 4/11. | 0.00 |
| VA Richmore, LTD | 20-1796258 | | Limited Partner | 50% | | Real estate sold 2009 or 2010. | 0.00 |
| Val Verde Ranch, Ltd. | 74-2887708 | | General Partner | | 10/22/1999 | Forfeited. | 0.00 |
| Wonmore, Ltd. | 27-1430212 | Richmore Properties, LLC | Member of General Partner | | 12/1/1999 | 1 condo left; probable short sale | 0.00 |
| Woodland Park Partners | 27-1430212 | Richmore Properties, LLC | Limited Partner | | 12/8/2009 | Real estate sold 1/2012. | 0.00 |

B6B (Official Form 6B) (12/07) - Cont.

In re    **John E. Gilmore,**                                          Case No. _____
         **Valerie A. Gilmore**
_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **See attached Exhibit B-21 listing first lien notes related to seller financed mortgages of Debtor's Val Verde acreage.** | C | 264,618.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1969 Jaguar** | C | 10,000.00 |
| | | **1994 Ford Explorer** | C | 900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >        275,518.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**VAL VERDE NOTES 2007**

| NAME | PURCHASED | SALES PRICE | NOTE | PAYMENT | Am. Schd. | Interest | July '12 BAL. FWD. | Acres |
|---|---|---|---|---|---|---|---|---|
| C.J. Bolar (Prairie Const. | 10/1/98 0:00 | 49,500.00 | 44,899.45 | 217 | 20 | 10% | $10,545.00 | 282 |
| Jeremy Payne | 9/1/98 0:00 | 62,500.00 | 60,000.00 | 482.77 | 30 | 9% | $49,265.00 | 403 |
| John Payne | 9/28/99 0:00 | 180,575.00 | 130,575 | 1,050.64 | 30.00 | 0.09 | $110,475.00 | 1165 |
| P. Moore | 1/23/03 0:00 | 53,000.00 | 48,150 | 517.42 | 15 | 10% | $26,483.00 | 212 |
| P. Moore | 6/15/04 0:00 | 80,253 | 40,253.00 | 386.45 | 20 | 10% | $32,386.00 | 267 |
| R. Sparrow (Island Distr.) | 10/1/98 0:00 | 68,000.00 | 48,000.00 | 416.56 | 20 | 9% | $24,704.00 | 388 |
| S. Stringfellow/Tanton | 9/28/99 0:00 | 43,750.00 | 41,562.50 | 446.63 | 15 | 10% | $10,760.00 | 250 |
| | | 537,578.00 | 413,439.95 | $3,519.47 | | | $264,618.00 | 2967 |



EXHIBIT
B-21

B6B (Official Form 6B) (12/07) - Cont.

In re    **John E. Gilmore,**                                              Case No. _____
        **Valerie A. Gilmore**

                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 291,929.68 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    **John E. Gilmore,**
         **Valerie A. Gilmore**
                                                Case No. _____

                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead: 503 Explorer, Lakeway, Travis County, Texas 78734-3439** | Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002 | 101,000.00 | 600,000.00 |
| **Household Goods and Furnishings** | | | |
| **See attached Exhibit B-4** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 9,413.00 | 9,413.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **See attached Exhibit B-4, included in household goods and furnishings** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 672.00 | 672.00 |
| **Wearing Apparel** | | | |
| **See attached Exhibit B-6** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(5) | 1,819.00 | 1,819.00 |
| **Furs and Jewelry** | | | |
| **See attached Exhibit B-7** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6) | 3,104.00 | 3,104.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **See attached Exhibit B-8** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(7) | 905.00 | 905.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1969 Jaguar** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9) | 10,000.00 | 10,000.00 |
| **1994 Ford Explorer** | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9) | 900.00 | 900.00 |
| | Total: | 127,813.00 | 626,813.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **John E. Gilmore,**                                        Case No. _____
          **Valerie A. Gilmore**

                                           **Debtors**,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 12/2009 Judgment | | | | | |
| **American Bank of Texas** **418 North Highway 281** **Marble Falls, TX 78654** | C | | | | 3911 Evening Primose, Galveston,Tx 77554 (Lot) | | | | | |
| | | | | | Value $          **25,000.00** | | | | 328,000.00 | 305,710.00 |
| Account No. | | | | | 3911 Evening Primose, Galveston,Tx 77554 (Lot) | | | | | |
| **Cheryl Johnson Tax Collector** **Galveston Counrty Courthouse** **722 Moody** **Galveston, TX 77550** | C | | | | | | | | | |
| | | | | | Value $          **25,000.00** | | | | 2,710.00 | 0.00 |
| Account No. | | | | | 7/1/2002 and 2/1/2003 | | | | | |
| **Doris Long-Sohn** **15284 Lodge Terrace** **Woodbridge, VA 22191** | C | | | | See attached Exhibit B-21 listing first lien notes related to seller financed mortgages of  Debtor's Val Verde acreage. | | | | | |
| | | | | | Value $         **264,618.00** | | | | 395,000.00 | 350,382.00 |
| Account No. **xxx4443** | | | | | See attached Exhibit B-21 listing first lien notes related to seller financed mortgages of  Debtor's Val Verde acreage. | | | | | |
| **Icon Bank of Texas** **7908 N Sam Houston Parkway W** **Suite 100** **Houston, TX 77064** | C | | | | | | | | | |
| | | | | | Value $         **264,618.00** | | | | 220,000.00 | 0.00 |
| _**1**_   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 945,710.00 | 656,092.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **John E. Gilmore,**                                 Case No. _____
         **Valerie A. Gilmore**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx1926**<br><br>JP Morgan Chase Bank<br>P O Box 78420<br>Phoenix, AZ 85062 | | C | **Homestead: 503 Explorer, Lakeway, Travis County, Texas 78734-3439**<br><br>Value $      **600,000.00** | | | | 499,000.00 | 0.00 |
| Account No.<br><br>Point West HOA<br>8360 E Via De Vuntura<br>Suite L-100<br>Scottsdale, AZ 85258 | | C | 3911 Evening Primose, Galveston,Tx 77554 (Lot)<br><br>Value $      **25,000.00** | | | | 16,511.00 | 16,511.00 |
| Account No.<br><br>Propel Financial Services, LLC<br>8203 IH 10 West<br>San Antonio, TX 78230 | | C | 3911 Evening Primose, Galveston,Tx 77554 (Lot)<br><br>Value $      **25,000.00** | | | | 2,367.99 | 2,367.99 |
| Account No.<br><br>Property Owners Association of Point West<br>8360 W Via De Ventura<br>Suite L-100<br>Scottsdale, AZ 85258 | | C | 3911 Evening Primose, Galveston,Tx 77554 (Lot)<br><br>Value $      **25,000.00** | | | | 8,622.96 | 8,622.96 |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 526,501.95 | 27,501.95 |
| Total<br>(Report on Summary of Schedules) | 1,472,211.95 | 683,593.95 |

B6E (Official Form 6E) (4/10)

In re    **John E. Gilmore,**
         **Valerie A. Gilmore**                                                    Case No. _____

                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **John E. Gilmore,**                                    Case No. _____
        **Valerie A. Gilmore**
_____
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C / Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Internal Revenue Service** **P O Box 7346** **Philadelphia, PA 19101-7346** | C | | | X | X | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 / 0.00 |

B6F (Official Form 6F) (12/07)

In re  **John E. Gilmore,**    Case No. _____
       **Valerie A. Gilmore**
_____
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Express**<br>**P O Box 981535**<br>**El Paso, TX 79998-1535** | | C | 1988 | | | | 9,600.00 |
| Account No.<br><br>**American Express**<br>**Optima**<br>**2965 W. Corporate Lakes Blvd**<br>**Weston, FL 33311** | | C | 1990 | | | | 3,500.00 |
| Account No. **xxxxxxx3289**<br><br>**American Medical Collection**<br>**4 Westchester Plaza, Bldg 4**<br>**Elmsford, NY 10523** | | C | 2011 | | | | 219.00 |
| Account No.<br><br>**Amrid Pest Control**<br>**614 ridge**<br>**Houston, TX 77009** | | C | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | X | 436.39 |

**_29_**  continuation sheets attached

Subtotal         **13,755.39**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **John E. Gilmore,**                                            Case No. _____

               **Valerie A. Gilmore**

                                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| **ASAP Answering Service** P O Box 2015 Channelview, TX 77530 | C | | | | | | | X | 1,149.46 |
| Account No. | | | | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | | |
| **AT&T** P.O. Box 5001 Carol Stream, IL 60197-5001 | C | | | | | | | X | 290.85 |
| Account No. xxxxxxxxxx6859 | | | | | | | | | |
| **AT&T** P O Box 5001 Carol Stream, IL 60197 | C | | | | | | | | 0.00 |
| Account No. xxxxxxxxx8685 | | | | | | | | | |
| **AT&T** 1967 Lakeside Parkway SUite 402 Tucker, GA 30085 | C | | | | | | | | 329.00 |
| Account No. | | | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| **B.M.C. Cleaning and Carpet Service** 13806 New Villiage Lane Sugar Land, TX 77478 | C | | | | | | | X | 194.85 |

Sheet no. __1__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
             (Total of this page)         **1,964.16**

B6F (Official Form 6F) (12/07) - Cont.

In re     **John E. Gilmore,**
          **Valerie A. Gilmore**
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx 3487, 2831, 3495, and4223** | | | | 2006<br>4 Loans | | | | |
| **Bank of America**<br>**1950 N. Stemmons Prkwy**<br>**Dallas, TX 75207-3134** | C | | | | | | | 434,948.00 |
| Account No. **xxxx47965** | | | | | | | | |
| **Bank of America**<br>**P O Box 15715**<br>**Wilmington, DE 19886** | C | | | | | | | 32,000.00 |
| Account No. **xxxx21482** | | | | 2003 | | | | |
| **Bank of America**<br>**P O Box 1502**<br>**Wilmington, DE 19850** | C | | | | | | | 23,000.00 |
| Account No. **xxx17540** | | | | | | | | |
| **Bank of America**<br>**P O Box 15710**<br>**Wilmington, DE 19886-5710** | C | | | | | | | 16,000.00 |
| Account No. **xxxxx1225** | | | | 1999 | | | | |
| **BBVA Compass**<br>**c/o LTD Financial Services, LP**<br>**7322 SW Freeway, Ste 1600**<br>**Houston, TX 77074** | C | | | | | | | 4,500.00 |

| | | |
|---|---|---|
| Sheet no. __2__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 510,448.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Gilmore,                                           Case No. _____
         Valerie A. Gilmore
_____
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | |
| Account No. | | | NSF checking account, estimate | | | | |
| BBVA Compass 2001 Kirby Drive Houston, TX 77019 | C | | | | | | 42.00 |
| Account No. | | | | | | | |
| Beneficial Savings Bank P O Box 4153-K Carol Stream, IL 60197 | C | | | | | | 4,000.00 |
| Account No. | | | 2005 | | | | |
| Beneficial Savings Bank P O Box 4153-K Carol Stream, IL 60197 | C | | | | | | 650.00 |
| Account No. x0644, x0643 | | | 1/31/2011 Debt of Dove Creek Condominiums, Ltd., principal | | | X | |
| BexarMet Water District P O Box 245994 San Antonio, TX 78225 | C | | | | | | 400.00 |
| Account No. | | | | | | | |
| Bradfield, Dr & Mrs Thomas 18200 Hamilton Pool Rd Austin, TX 78738 | C | | | | | | 62,500.00 |

Sheet no. __3__ of __29__ sheets attached to Schedule of Creditors Holding Nonpriority Claims

Subtotal (Total of this page)          67,592.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **John E. Gilmore,**
        **Valerie A. Gilmore**
                                                                    Case No. _____

                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2011 Foreclosure; deficiency claim, Debt of Dove Creek Condominiums, Ltd., principal | | | | |
| Bradfield, Keller 16708 French CT Austin, TX 78734 | C | | | | | | | | 250,000.00 |
| Account No. | | | | | Trade Debts of Las Brisas 4500 N Main, Ltd., principal | | | | |
| Brilliant Promotional Products 10161 Harwin, Suite 125 Houston, TX 77036 | C | | | | | | | X | 98.49 |
| Account No. | | | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| Buena Suerte 7324 SW Freeway, Ste #1720 Houston, TX 77074 | C | | | | | | | X | 160.00 |
| Account No. | | | | | 2008 | | | | |
| Burns, Chris 328 Tuna Lane Virginia Beach, VA 23456 | C | | | | | | | | 50,000.00 |
| Account No. | | | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| Centerpoint Energy P O Box 4981 Houston, TX 77210-4981 | C | | | | | | | X | 670.38 |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 300,928.87

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Gilmore,                                          Case No. _____
         Valerie A. Gilmore
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** <br><br>**Centralized Real Estate Services** <br>**3050 Post Oak, Ste 110** <br>**Houston, TX 77056** | C | | | | | | | | 11,171.47 |
| **Account No. xxxxx xx. x-!-xx-xx-xx3677** <br><br>**Charles Douglas McCullough** <br>**c/o Scanlan, Buckle & Young, PC** <br>**602 West 11th Street** <br>**Austin, TX 78701-2099** | C | | | | October 15, 2010 <br>**Foreclosure; deficiency claim** <br>**Dove Creek Condominiums, GP, LLC and** <br>**Dove Creek Consominiums, LTD** <br>**One year term with interest at an annual rate of 10%.** | | | | 110,000.00 |
| **Account No. xxxxx6723** <br><br>**Chase** <br>**P O Box 15298** <br>**Wilmington, DE 19850-5298** | C | | | | 2005 | | | | 2,230.00 |
| **Account No. xxxxx1082** <br><br>**Chubb** <br>**c/o RMS** <br>**P O Box 280431** <br>**East Hartford, CT 06128** | C | | | | 2012 | | | | 362.00 |
| **Account No.** <br><br>**City Apartments Locators** <br>**Locating Services** <br>**20501 Katy Fwy, Suite #219** <br>**Katy, TX 77450** | C | | | | 9/8/2011 <br>**Trade Debts of Las Brisas 4500 N Main, Ltd., principal** | | | X | 515.00 |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            124,278.47

B6F (Official Form 6F) (12/07) - Cont.

In re     **John E. Gilmore,**                          Case No. _____
           **Valerie A. Gilmore**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Houston, Water Department** <br> P O BOX 1560 <br> Houston, TX 77251 | C | | | **Trade Debts of Las Brisas 4500 N Main, Ltd., principal** | | | | 2,721.52 |
| Account No. <br><br> **City of Houston, Water Department** <br> P O BOX 1560 <br> Houston, TX 77251 | C | | | **Trade Debt of Seven Gables, Ltd., principal** | | | X | 3,865.24 |
| Account No. <br><br> **Classic Touch Carpter Care** <br> P O Box 720929 <br> Houston, TX 77272 | C | | | **Trade Debts of Las Brisas 4500 N Main, Ltd., principal** | | | X | 1,891.20 |
| Account No. xxxx0736 <br><br> **Clinical Pathology Laboratories** <br> P O Box 78714-1669 <br> Austin, TX 78714-1669 | C | | | 12/19/2011 <br> **Medical Testing** | | | | 113.50 |
| Account No. <br><br> **Comcast** <br> P O Box 660618 <br> Dallas, TX 75266-0618 | C | | | **Trade Debt of Seven Gables, Ltd., principal** | | | X | 1,780.40 |

Sheet no. __6__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     | 10,371.86
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John E. Gilmore,**                         Case No. _____
           **Valerie A. Gilmore**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | | | | | |
| **Crestmark Construction Services**<br>**1213 Shepherd Drive**<br>**Houston, TX 77092** | C | | | | | | | X | |
| | | | | | | | | | 30,342.07 |
| **Account No.** | | | | | Trade Debts of Las Brisas 4500 N Main, Ltd., principal | | | | |
| **Currier Carpet, Inc**<br>**18071 F.M. 1314 Road**<br>**Conroe, TX 77302** | C | | | | | | | X | |
| | | | | | | | | | 2,647.15 |
| **Account No.** | | | | | 2011<br>Foreclosure; deficiency claim,<br>**Debt of Dove Creek Condominiums** | | | | |
| **Day Jr., Dwight**<br>**4600 N Ocean Driver**<br>**West Palm Beach, FL 33404** | C | | | | | | | X | |
| | | | | | | | | | 450,000.00 |
| **Account No.** | | | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| **Direct Energy**<br>**P O Boxd 676863**<br>**Dallas, TX 75267-6863** | C | | | | | | | X | |
| | | | | | | | | | 500.67 |
| **Account No.** | | | | | 2011 & 2012 | | | | |
| **Donna Irrigation District**<br>**P O Box 775**<br>**Donna, TX 78537** | C | | | | | | | | |
| | | | | | | | | | 1,864.92 |
| Sheet no. __7__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | | Subtotal<br>(Total of this page) | | 485,354.81 |

B6F (Official Form 6F) (12/07) - Cont.

In re      John E. Gilmore,                        Case No. _____
            Valerie A. Gilmore

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Dorothy Foster <br> P O Box 5394 <br> Austin, TX 78763 | C | | Guarantor | X | X | | 50,000.00 |
| Account No. <br><br> Dove Creek Retail, LTD <br> 503 Explorer <br> Austin, TX 78734 | C | | 2011 <br> Loan | | | | 153,000.00 |
| Account No. <br><br> Endeavour Finance, LLC <br> 7044 Colchester Park Dr. <br> Manassas, VA 20112 | C | | Purchased loans from NewFirst National Bank, Debt of 9775 Pine Lake Drive LP | | | | 460,000.00 |
| Account No. <br><br> Falcon Bank <br> 801 Matamoros Drive <br> Laredo, TX 78040 | C | | Debt of Dove Creek Retail, Ltd. <br> Notice only. | | | | Unknown |
| Account No. xxxxxxxx0400 <br><br> First Bank <br> P O Box 797091 <br> Saint Louis, MO 63179-7000 | C | | Debt of 9775 Pine Lake Drive LP, principal Guarantor | | | | 1,200.00 |

Sheet no. __8__ of __29__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)       664,200.00

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Gilmore,                     Case No. _____
         Valerie A. Gilmore,

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** <br><br> **First National Bank of Edinburg** <br> **6243 IH 10 W** <br> **San Antonio, TX 78217** | C | | | Foreclosure; deficiency claim <br> **Debt of Dove Creek Condominiums, Ltd., principal** | X | X | X | 158,464.00 |
| **Account No.** <br><br> **Flat Iron Capital** <br> **1700 Lincoln Street, 12th Floor** <br> **Denver, CO 80203** | C | | | **Debt of Dove Creek Condominiums, Ltd., principal** | | | X | 1,185.19 |
| **Account No.** <br><br> **FMJR Investments, LLC** <br> **503 Explorer** <br> **Austin, TX 78734** | C | | | 2009 | | | | 553,000.00 |
| **Account No.** <br><br> **Fruciero, Frank** <br> **440  35st** <br> **Redondo Beach, CA 90277** | C | | | | | | | 50,000.00 |
| **Account No.** <br><br> **GDI, LLC** <br> **11023 Arroyono Canyon** <br> **Austin, TX 78736** | C | | | | | | | 15,000.00 |

Sheet no. __9__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)      777,649.19

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Gilmore,                                        Case No. _____
         Valerie A. Gilmore

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 2197 | | | | | | | | |
| GE Capital Retail Bank c/o Leading Edge Solutions 5440 N. Cumberland Ave, STE 300 Chicago, IL 60656-1490 | C | | | | | | | 3,379.07 |
| Account No. | | | | 1999 | | | | |
| Gilmore Living Trust 8304 Southern Oaks CT Lorton, VA 22079 | C | | | | | | | 174,500.00 |
| Account No. | | | | 12/20/2011 Trade Debts of Las Brisas 4500 N Main, Ltd., principal | | | X | |
| Graciano & Isabel c/o Jack P. Mixa 1400 Cornerstone Village Dr. Suite 332 Houston, TX 77014 | C | | | | | | | 2,394.00 |
| Account No. | | | | Debt of Dove Creek Condominiums, Ltd., principal | | | X | |
| Gregory, Charls A. 2825 West 11th Houston, TX 77008 | C | | | | | | | 250,000.00 |
| Account No. | | | | 2000 Debt of 9775 Pine Lake Dr, LP, principal | | | X | |
| Guerra, Hector & Christina 9210 Karpri Lane Houston, TX 77025 | C | | | | | | | 130,000.00 |

| Sheet no. __10__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 560,273.07 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **John E. Gilmore,**
       **Valerie A. Gilmore,**
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gulf Coast Answering Service<br>P O Drawer 1151<br>Altoona, PA 16603-1151 | C | | Trade Debts of Las Brisas 4500 N Main, Ltd., principal | | | X | 87.18 |
| Account No. xxxx0124<br><br>Harley Davidson/EagleMark<br>P O Box 15129<br>Palatine, IL 60055 | C | | 2002<br>Short sale of aircraft; deficiency claim | | | | 68,000.00 |
| Account No.<br><br>HD Supply Facilities<br>P O Box 509058<br>San Diego, CA 92150-9058 | C | | Trade Debts of Las Brisas 4500 N Main, Ltd., principal | | | X | 3,176.91 |
| Account No.<br><br>Hemmasi, Mr and Mrs Majid<br>2300 Chesick Court<br>Austin, TX 78746 | C | | 2004 | | | | 575,000.00 |
| Account No.<br><br>Hess, Mike<br>110 CypressStation Dr #173<br>Houston, TX 77090 | C | | 2010<br>Debt of Las Brisas 4500 N Main, Ltd., principal | | | X | 250,000.00 |

Sheet no. __11__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **896,264.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  John E. Gilmore,
       Valerie A. Gilmore

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. xxxxx-xx-xxx-xx00-02 | | | | | | thru 6/2012 10.3300 acres | | | | |
| Hidalgo County Tax Office Armando Barrera Jr. RTA P O Box 178 Edinburg, TX 78540-0178 | C | | | | | | | | | 33,313.20 |
| Account No. | | | | | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | | |
| HPES 20202 Hwy 59, suite 325 Humble, TX 77338-2403 | C | | | | | | | | X | 167.23 |
| Account No. xxx0263 | | | | | | | | | | |
| HSBC Comusmer Lending (USA) Inc Atlantic Credit & Finance, c/o John P. Frye P O Box 13665 Roanoke, VA 24036-3665 | C | | | | | | | | | 3,101.20 |
| Account No. | | | | | | Guarantor as to carve-outs as to taxes, insurance, environmental costs on nonrecourse loan of 1501 Beall, LP | X | X | | |
| HUD 451 - 7th Street SW Washington, DC 20410 | C | | | | | | | | | Unknown |
| Account No. | | | | | | Short sale of airplane hangar; deficiency claim | | | | |
| Icon Bank of Texas 7908 N Sam Houston Parkway W Suite 100 Houston, TX 77064 | C | | | | | | | | | 82,000.00 |

Sheet no. __12__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

118,581.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **John E. Gilmore,**
         **Valerie A. Gilmore**
                                                          Case No. _____
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6182** <br><br> **Icon Bank of Texas** <br> **7908 N Sam Houston Parkway W** <br> **Suite 100** <br> **Houston, TX 77064** | C | | **Short sale of 218 Trademark, Buda Texas, deficiency.** | | | | 115,000.00 |
| Account No. **xxx1555** <br><br> **Icon Bank of Texas** <br> **7908 N Sam Houston Parkway W** <br> **Suite 100** <br> **Houston, TX 77064** | C | | **1/2012 Short sale of Units 1, 7, 15 and 21, FLDT 2737 Houston, AV 77009, Woodland Park Condominiums** | | | | 427,413.86 |
| Account No. **xxx7706** <br><br> **Icon Bank of Texas** <br> **7908 N Sam Houston Parkway W** <br> **Suite 100** <br> **Houston, TX 77064** | C | | **Deed in lieu of foreclosure of mobile home** | | | | 541.00 |
| Account No. **xxx7578** <br><br> **Icon Bank of Texas** <br> **7908 N Sam Houston Parkway W** <br> **Suite 100** <br> **Houston, TX 77064** | C | | **Short sale vehicle** | | | | 9,940.00 |
| Account No. **xx0979** <br><br> **Icon Bank of Texas** <br> **7908 N Sam Houston Parkway W** <br> **Suite 100** <br> **Houston, TX 77064** | C | | **Line of Credit** | | | | 15,841.00 |

Sheet no. __13__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          568,735.86

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John E. Gilmore,**  
        **Valerie A. Gilmore**  
_____  
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx6022 | | | 2011 | | | | |
| IESI North Houston 1621 Isolm St Houston, TX 77238 | C | | | | | | 216.00 |
| Account No. | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| IESI North Houston P O Box 660043 Dallas, TX 75266 | C | | | | | X | 473.59 |
| Account No. | | | Trade Debt of Las Brisas, principal | | | | |
| Ignacio Luna 4500 North Main #5 Houston, TX 77009 | C | | | | | X | 165.00 |
| Account No. | | | Trade Debt of Las Brisas, principal | | | | |
| Insco #29 5921 South Loop East Houston, TX 77033-1017 | C | | | | | X | 478.56 |
| Account No. xx4699 | | | 2012 | | | | |
| Integrated Anesthis Services P O Box 4860 Murrells Inlet, SC 29576 | C | | | | | | 420.00 |

Sheet no. __14__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)                1,753.15

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John E. Gilmore,**                                          Case No. _____
        **Valerie A. Gilmore**
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Integrity Bank** <br> **4040 Washington Ave** <br> **Houston, TX 77007** | C | | | | **2007** <br> **Short Sale; deficiency claim** <br> **Debt of Woodland Park Condominiums** | | | X | 219,550.00 |
| Account No. <br><br> **Integrity Bank** <br> **4040 Washington Ave** <br> **Houston, TX 77007** | C | | | | **2008** <br> **Short Sale of the County Place Condominiums; deficiency claim** <br> **Debt of J&B Richmore Management, LLC** | | | X | 665,000.00 |
| Account No. **xx4519** <br><br> **Kings III Emergency Communications** <br> **751 Canyon Dr Suite 100** <br> **Coppell, TX 75019** | C | | | | **2011** <br> **Debt of Dove Creek Condominiums, Ltd.** | | | X | 690.65 |
| Account No. <br><br> **KMN Sheet Metal, Inc.** <br> **7214 Lockport Pl.** <br> **Lorton, VA 22079** | C | | | | | | | | 75,000.00 |
| Account No. **2197** <br><br> **Leading Edge Recovery Solutions, LLC** <br> **P O Box 129** <br> **Linden, MI 48451-0129** | C | | | | **Dillard's Credit Card Collector** | | | | 3,379.07 |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **963,619.72**

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Gilmore,                                  Case No. _____
            Valerie A. Gilmore
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lee Walllis, Inc<br>8531 N. New Braunfels RD, #100<br>San Antonio, TX 78217 | C | | 2009<br>Foreclosure; deficiency claim,<br>**Debt of Dove Creek Condominiums** | | | | 135,270.00 |
| Account No.<br><br>Lee Walllis, Inc<br>8531 N. New Braunfels RD, #100<br>San Antonio, TX 78217 | C | | 2007<br>Foreclosure; deficiency claim,<br>**Debt of Sherwin Pines, Ltd.** | | | | 667,483.00 |
| Account No.<br><br>Lee Walllis, Inc<br>8531 N. New Braunfels RD, #100<br>San Antonio, TX 78217 | C | | 2007<br>**Debt of Seven Gables, Ltd.** | | | | 320,137.00 |
| Account No.<br><br>Legacy Homes, Ltd.<br>4801 Mark IV Parkway<br>Fort Worth, TX 76106 | C | | **Guarantor** | X | X | | 498,000.00 |
| Account No.<br><br>Lexis Nexis<br>Resident Screening<br>P O Box 730694<br>Dallas, TX 75373-0694 | C | | **Trade Debt of Las Brisas 4500 N Main, Ltd., principal** | | | X | 899.58 |

Sheet no. __16__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      1,621,789.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **John E. Gilmore,**                  Case No. _____
         **Valerie A. Gilmore**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2010 Loan | | | | |
| Long, John D. 6669 Rutledge Driver Fairfax Station, VA 22039 | C | | | | | | | | 300,000.00 |
| Account No. | | | | | Loan to Dove Creek Condominiums, Ltd., Guarantor | | | | |
| Long, John D. 6669 Rutledge Fairfax Station, VA 22039 | C | | | | | | | | 450,000.00 |
| Account No. | | | | | Short Sale of airplane and Harley Davidson; deficiency claim | | | | |
| Long, Sherry 6669 Rutledge Fairfax Station, VA 22039 | C | | | | | | | | 65,000.00 |
| Account No. | | | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| Lopez Carpet Care & Painting, Inc P O Box 358 Stafford, TX 77497 | C | | | | | | | X | 1,100.75 |
| Account No. | | | | | Trade Debts of Las Brisas 4500 N Main, Ltd., principal | | | | |
| Maintenance Supply Headquarters P O Box 203601 Houston, TX 77216-3601 | C | | | | | | | X | 1,307.52 |

Sheet no. __17__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **817,408.27**

B6F (Official Form 6F) (12/07) - Cont.

In re     John E. Gilmore,                         Case No. _____
           Valerie A. Gilmore

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mason Mill & Lumber Co, Inc**<br>**C S Managment Inc.**<br>**Registered Agent: Juan Creixall**<br>**8305 Shoul Creek Boulvard**<br>**Austin, TX 78757** | C | | **3/1/2011**<br>**Judgment on the 281 Trademark property** | | | | 4,500.00 |
| Account No. <br><br>**Mattox, Terrell & Associates**<br>**1614 Ave B**<br>**Katy, TX 77493** | C | | **Trade Debt of Las Brisas, principal** | | | X | 1,850.00 |
| Account No. <br><br>**McCullough Kwik Air & Heating**<br>**8525 Finlay Street**<br>**Houston, TX 77017** | C | | **Trade Debt of Las Brisas 4500 N Main, Ltd., principal** | | | X | 170.00 |
| Account No. <br><br>**Mueller Water Conditioning, Inc**<br>**P O Box 975118**<br>**Dallas, TX 75397-5118** | C | | **Trade Debts of Seven Gables** | | | X | 1,708.12 |
| Account No. <br><br>**Muller, Frank**<br>**9337 Jamaica Beach**<br>**Galveston, TX 77554** | C | | **Debt of Dove Creek Condominiums** | | | | 250,000.00 |

Sheet no. __18__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal | 258,228.12
                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John E. Gilmore,**                                    Case No. _____

            **Valerie A. Gilmore**

                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **New Opportunities Fixed Income Fund**<br>**8531 N. New Braunfels Rd  #100**<br>**San Antonio, TX 78217** | C | | | | | | **273,606.00** |
| **Account No. xx0256** | | | Guarantor as to carve-outs as to taxes, insurance, environmental costs on nonrecourse loan of Briarwood Partners, Ltd. | | | | |
| **Northmarq Capital LLC**<br>**P O 86 505 12 - 0502**<br>**Minneapolis, MN 55486** | C | | | X | X | | **Unknown** |
| **Account No. xxxxxxxxx3131** | | | | | | | |
| **NRC, Inc.**<br>**6491 Peachtree Industrial Blvd.**<br>**Atlanta, GA 30360** | C | | | | | | **3,101.00** |
| **Account No.** | | | Trade Debts of Las Brisas 4500 N Main, Ltd., principal | | | | |
| **Office Depot**<br>**P O Box 88040**<br>**Chicago, IL 60680-1040** | C | | | | | X | **344.41** |
| **Account No.** | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| **Pioneer Exterminating Company**<br>**P O Box 31387**<br>**Houston, TX 77231-1387** | C | | | | | X | **108.25** |

Sheet no.  **19**  of  **29**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal<br>(Total of this page)       **277,159.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Gilmore,                             Case No. _____
         Valerie A. Gilmore

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Porfirio Castanon<br>Leasing Office<br>4500 North Main<br>Houston, TX 77009 | C | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | X | 228.87 |
| Account No.<br><br>Presto<br>580 N. Shepard<br>Houston, TX 77007 | C | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | | 0.00 |
| Account No.<br><br>Presto<br>580 N. Shepherd<br>Houston, TX 77077 | C | | Trade Debt of Seven Gables, Ltd., principal | | | X | 1,844.83 |
| Account No.<br><br>Presto Maintenance Supply, Inc.<br>c/o Dennis A. McQueen<br>Pagel Davis & Hill PC<br>1415 Louisiana, 22nd Floor<br>Houston, TX 77002 | C | | Judgment | | | | 0.00 |
| Account No. xxxxx xxx x5717<br><br>Prosperity Bank<br>c/o William J. Cronin, PC<br>Attorney-at-Law<br>110 Cypress Station Dr, Ste 154<br>Houston, TX 77090 | | H | 7/14/2006<br>Judgment | | | | 23,075.97 |

Sheet no. __20__ of __29__ sheets attached to Schedule of            Subtotal       | 25,149.67
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Gilmore,                                                    Case No. _____
         Valerie A. Gilmore
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Quality Services Company** <br> P O Box 631851 <br> Houston, TX 77263 | C | | Trade Debt of Seven Gables, Ltd., principal | | | | 1,225.00 |
| Account No. <br><br> **R. B. Painting Corp.** <br> c/o Simmons and Adams <br> 9896 Bissonenet St, Ste 250 <br> Houston, TX 77036 | C | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | X | 1,649.75 |
| Account No. **2504** <br><br> **R. B. Painting Corporation** <br> c/o Thomas Simmons <br> SIMMONS & ADAMS <br> 9896 Bissonnet, Suite 250 <br> Houston, TX 77036 | C | | | | | | 7,066.35 |
| Account No. **xxxx7464** <br><br> **Reliant Energy** <br> P O Box 3765 <br> Houston, TX 77253 | C | | 1999 | | | | 149.00 |
| Account No. <br><br> **Reliant Energy** <br> P O Box 650475 <br> Houston, TX 77265-0475 | C | | | | | | 440.00 |

Sheet no. __21__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,530.10

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **John E. Gilmore,**                                                            Case No. _____
          **Valerie A. Gilmore**
_____
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| **Reliant Energy** **P O Box 650475** **Dallas, TX 75265-0475** | C | | | | | X | 117.50 |
| Account No. | | | Notice only | | | | |
| **Reliant Energy RSLLC** **c/o Marchris Glen Robinson** **Robinson Law Group PLLC** **4203 Yoakum Blvd., Suite 310** **Houston, TX 77006** | C | | | | | | 0.00 |
| Account No. | | | 1/11/2012 Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | | |
| **Reliant,  an NRG Company** **P O Box 148** **Houston, TX 77001** | C | | | | | | 534.70 |
| Account No. | | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | | |
| **Resident Data** **P O Box 730694** **Dallas, TX 75374-0694** | C | | | | | X | 899.58 |
| Account No. xxxxxxx82-AA | | | | | | | |
| **RMS** **77 Hartland Street, Suite 401** **P O Box 280431** **East Hartford, CT 06128-0431** | C | | | | | X | 362.00 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,913.78

B6F (Official Form 6F) (12/07) - Cont.

In re     John E. Gilmore,                      Case No. _____

            Valerie A. Gilmore

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/8/2007<br>2012 Judgment | | | | |
| Robert L. Heinrichs, Trustee Under the RLH Trust Dated July 12, 2012 c/o Robert Nunis 801 West Avenue, SUite 200 Austin, TX 78701 | C | | | | | | 1,728,000.00 |
| Account No. | | | 2006<br>Short Sale; deficiency claim, Debt of J&M Portfolio, Ltd. | | | | |
| Rocking Y, LTD 8531 N. New Braunfels Rd, #100 San Antonio, TX 78217 | C | | | | | | 125,000.00 |
| Account No. | | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | | |
| Rosendo's Roofing & Remodeling 104 Virginia Houston, TX 77587 | C | | | | | X | 0.00 |
| Account No. | | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | | |
| Royal Plumbing 6750 Long Point Houston, TX 77055 | C | | | | | X | 0.00 |
| Account No. | | | Trade Debt of Seven Gables, Ltd., principal | | | | |
| Salvador M. Castillo 4008 Sherwood Lane Houston, TX 77092 | C | | | | | X | 405.93 |

Sheet no. __23__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        1,853,405.93
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John E. Gilmore,**           Case No. _____
    **Valerie A. Gilmore**

             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sanchez Propainting<br>19402 Gracely Park Lane<br>Richmond, TX 77469 | C | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | X | 332.00 |
| Account No. xxx xxx 03 12<br><br>Senecca Insurance Company, Inc.<br>160 Water Street<br>New York, NY 10038 | C | | 1/5/2012<br>Insurance Policy | | | | 172.00 |
| Account No.<br><br>South Austin Med Ctr<br>6000 Northwest Parkway, Suite 124<br>San Antonio, TX 78249 | C | | Medical | | | | 106.56 |
| Account No. x1537<br><br>Southland<br>Property Tax Consultants, Inc.<br>777 Main Street, Suite 1960<br>Fort Worth, TX 76102-5323 | C | | Debt of VA Richmore, LTD., principal | | | X | 5,350.19 |
| Account No. xxxx1080<br><br>Sprint<br>c/o West Asset Management<br>P O Box 790113<br>Saint Louis, MO 63179-0113 | C | | | | | | 232.38 |

Sheet no. __24__ of __29__ sheets attached to Schedule of       Subtotal    | 6,193.13
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re John E. Gilmore,
Valerie A. Gilmore

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Standard Insurance 1100 SW 6th Avenue (P11B) Portland, OR 97204 | C | | Foreclosure; deficiency claim Debt of Hunters Point Center, Ltd., principal | | | X | 237,000.00 |
| Account No.  Standard Insurance 1100 SW 6th Avenue (P11B) Portland, OR 97204 | C | | Foreclosure; deficiency claim Debt of Longmore Apartment Properties, Ltd., principal | | | X | 1,550,000.00 |
| Account No.  Tehrani, Mohammad P O Box 140853 Austin, TX 78714 | C | | 2008 | | | | 175,000.00 |
| Account No. xxx7906  Texas Community Bank 16610 IH 45 Woodlands, TX 77384 | C | | 2008 Short Sale; deficiency claim. Debto fo J&M Portfolio, Ltd., principal | | | X | 93,000.00 |
| Account No.  Texas Protax Austin, Inc. Bill Aleshire RIGGS ALEGHIRE & RAY, P.C. 700 Lavaca St., Suite 920 Austin, TX 78701 | C | | Judgment Debt of Hunters Point Center, Ltd., principal | | | | 27,734.27 |

Sheet no. __25__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,082,734.27

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Gilmore,                                           Case No. _____
         Valerie A. Gilmore
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Trade Debt of Las Brisas 4500 N Main, Ltd., principal | | | | |
| The Apartment Store & More 7 Switchbud Place #192-272 The Woodlands, TX 77380 | C | | | | | X | 450.00 |
| Account No. xxxTR01 | | | WONMORE, LTD | | | | |
| The Treasury 6535 Comanche Trial Austin, TX 78732 | C | | | | | | 15,727.66 |
| Account No. | | | 1998 | | | | |
| Tracy McCullick and Linda Layle 10608 Spicewood Parkway Austin, TX 78729 | C | | | | | | 101,000.00 |
| Account No. 3176 | | | Short sale of 30th street property; deficiency claim. Debt of J&M Portfolio, Ltd., principal | | | | |
| University Federal Credit Union P O Box 9350 Austin, TX 78766-9350 | C | | | | | | 139,765.37 |
| Account No. x6873 | | | 2001 | | | | |
| USAA 10750 McDermott Frwy San Antonio, TX 78288 | C | | | | | | 1,000.00 |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                257,943.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **John E. Gilmore,**  
　　　　**Valerie A. Gilmore**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x8375<br><br>**Val Verde County**<br>**P O Box 1368**<br>**Del Rio, TX 78841** | C | | **thru 2005**<br>**Debt of Val Vende Ranch, Ltd., principal** | | | | 1,424.51 |
| Account No.<br><br>**Verification Plus, Inc. New**<br>**6161 Savoy,  Suite 600**<br>**Houston, TX 77036** | C | | **Trade Debts of Seven Gables** | | | X | 60.62 |
| Account No.<br><br>**Village of San Leanna**<br>**5501 Airport Blvd**<br>**Austin, TX 78751** | C | | **Lot 15, San Leanna property**<br>**Debtor transferred title to property to Village of San Leanna** | | | | 86.88 |
| Account No. xxxxxxxxxxxx5841<br><br>**Walmart**<br>**P O Box 965023**<br>**Orlando, FL 32896** | C | | **2004** | | | | 1,018.00 |
| Account No.<br><br>**Waste Corporation of Texas**<br>**6632 John Ralston Rd**<br>**Houston, TX 77049** | C | | **Trade Debt of Las Brisas 4500 N Main, Ltd., principal** | | | X | 470.23 |

Sheet no. __27__ of __29__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　3,060.24  
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John E. Gilmore,**                            Case No. _____
         **Valerie A. Gilmore**

                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0929**<br><br>**Wells Fargo**<br>**P O Box 5058**<br>**MAC P6053-021**<br>**Portland, GA 39900** | C | | 2000 | | | | 950.00 |
| Account No. **xxxxxxxxxxxxx0910**<br><br>**Wells Fargo**<br>**P O Box 54394**<br>**Los Angeles, CA 90054** | C | | 2000<br>**Corporate Card of J.L.&G., Inc.** | | | | 12,820.00 |
| Account No. **x0929**<br><br>**Wells Fargo**<br>**P O Box 54394**<br>**Los Angeles, CA 90054** | C | | | | | | 14,212.00 |
| Account No. **xx-xxx0003**<br><br>**Wells Fargo**<br>**D108086-12 - 12th Floor**<br>**550 S Tryon St**<br>**Charlotte, NC 28202** | C | | **Guarantor as to carve-outs as to taxes, insurance, environmental costs on nonrecourse loan of Broadmead Apartments, Ltd.** | X | X | | Unknown |
| Account No.<br><br>**Wells Fargo Bank**<br>**P O Box 266000**<br>**Dallas, TX 75326** | C | | **NSF, estimate** | | | | 900.00 |

Sheet no. __28__ of __29__ sheets attached to Schedule of               Subtotal          | 28,882.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John E. Gilmore,**                     Case No. _____

           **Valerie A. Gilmore,**

                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0580** <br><br> **West Asset Management, Inc** <br> **P O Box 790113** <br> **Saint Louis, MO 63179-0113** | C | | | | | | 232.28 |
| Account No. <br><br> **Wilmar** <br> **P O Box 404284** <br> **Atlanta, GA 30384-4284** | C | | **Trade Debt of Las Brisas 4500 N Main, Ltd., principal** | | | X | 2,234.30 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,466.58**

Total (Report on Summary of Schedules)    **13,312,634.63**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **John E. Gilmore,**                              Case No. _____
          **Valerie A. Gilmore**

                                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Apple Leasing**<br>**12205 Hunter Chase**<br>**Austin, TX 78729** | **2006 Ford F150, VIN# 1FTR12W86KC58597. 24 monthly payments of $667.74 per month, beginning 7/29/2011.** |
| **Apple Leasing**<br>**12205 Hunter Chase**<br>**Austin, TX 78729** | **2012 Ford Explorer 4DR FWD XLT, VIN #1FMHK7D84CGA01617, 48 monthly payments of $965.44 per month, beginning 8/17/2011.** |

  **0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **John E. Gilmore,**                                          Case No. _____
         **Valerie A. Gilmore**
                                            Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Please see Schedule F as to the co-debtors of the numerous trade debts** | |

0
_____  continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **John E. Gilmore**
    **Valerie A. Gilmore**                      Case No. _____
                                     Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**12**<br>**14** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Self employed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): _____ | $ 0.00 | $ 0.00 |
|   | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,500.00 | $ 0.00 |
| 8. Income from real property | $ 5,000.00 | $ 0.00 |
| 9. Interest and dividends | $ 3,500.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): _____ | $ 0.00 | $ 0.00 |
|   | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): _____ | $ 0.00 | $ 0.00 |
|   | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 10,000.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 10,000.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 10,000.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **John E. Gilmore**
      **Valerie A. Gilmore**                            Case No. _____
                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,906.00 |
|     a. Are real estate taxes included?        Yes ___    No **X** | | |
|     b. Is property insurance included?       Yes ___    No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 500.00 |
|                b. Water and sewer | $ | 300.00 |
|                c. Telephone | $ | 300.00 |
|                d. Other   **Cable and Internet** | $ | 157.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 500.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 700.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 500.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 129.00 |
|                b. Life | $ | 83.00 |
|                c. Health | $ | 1,500.00 |
|                d. Auto | $ | 40.00 |
|                e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify)   **Real Estate** | $ | 792.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 965.00 |
|                b. Other | $ | 0.00 |
|                c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,022.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 10,000.00 |
| b.   Average monthly expenses from Line 18 above | $ | 11,022.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,022.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re John E. Gilmore  
Valerie A. Gilmore _____  Case No. _____

                                      Debtor(s)  Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __45__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _9/27/12_      Signature _____  
                                   John E. Gilmore  
                                   Debtor

Date _9/27/2012_      Signature _____  
                                   Valerie A. Gilmore  
                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Western District of Texas

In re   **John E. Gilmore**
       **Valerie A. Gilmore**      Case No. _____

                                         Debtor(s)      Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$146,000.00** | **YTD 2012: $146,000 from 2525 Voss LTD** |
| **$168,000.00** | **2011: $40,000 principal and interest payments on Val Verde notes;** <br> **$90,000 from sale of 2525 Voss LTD property** <br> **$38,000 broker fee of sale of 2525 Voss LTD property** <br> **(estimate only, will amend upon filing of finalized 2011 tax return)** |
| **$311,489.00** | **2010: Adjusted gross income** |

2

**2. Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |

**3. Payments to creditors**

None


*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| JP Morgan Chase Bank<br>P O Box 78420<br>Phoenix, AZ 85062 | 9/21/2012; 9/10/2012;<br>8/14/2012; and 7/13/2012,<br>each payment in the<br>amount shown | $2,906.52 | $499,000.00 |

None ☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| Gilmore, Carol<br>8304 Southern Oaks Ct<br>Lorton, VA 22079<br>    Mother | 3/12/2012 $1,000<br>4/12/2012 $500 | $1,500.00 | $0.00 |
| Richardson, Herbert<br>12215 Mossycup<br>Houston, TX 77024<br>    Friend/Partner | 6/4/2012 | $1,000.00 | $0.00 |
| Jasmine Gilmore<br>16300 Chase St.<br>North Hills, CA 91343<br>    Daughter | 10/11 $1,200<br>7/12  $ 450<br>Rent | $1,650.00 | $0.00 |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Case No. D-1-GN-11-003677 Charles Douglas McCullough vs Dove Creek Condominiums, LTD. Dove Creek Condominiums Limited, GP, LLC and John E. Gilmore | Civil | In the District Court of Travis County, Texas  53rd Judicial District | 3/19/2012 Judgment against Debtor and Dove Creek Condominiums |
| Case No. 999979, Prosperity Bank vs. John Gilmore | Collections | County Court at Law No. 4, Harris County, Texas | Agreed Judgment dated 4/24/2012 |
| Case No. D-1-GN-12-000557 Texas Protax Austin, Inc. vs John Edward Gilmore, Hunters Point Center, LTD and J.L.&G. Inc. | Civil | In the District Court of  Travis County, 261st Judicial District | 6/26/2012 Judgment against Debtor and co-defendants |
| Cause No. 201204126 Mason's Mill & Lumber Co, Inc (a Texas Corporation) vs Gilmore, John | Collection | In the 270th Judiical District Court of Harris County, TX | Pending |
| Cause No D-1-GN-11-003267 American Bank of Texas, N.A. vs John and Valerie Gilmore | Collection | In the District Court of Travis County, Texas  53rd Judicial District | Final Judgment |
| Cause No. D-1-GN-000529 R.L. Henrichs, Trustee Under the RLH Trust dated July 12, 2000 vs John E. Gilmore | Breach of Contract | In the District Court of Travis County, Tx 353rd Judicial District | 2012 Judgment in the amount of $1,650,000.00 |
| Case No. SC52C0320134 Mueller Water Conditioning, Inc vs Neva Rickard Trust, J&B Richmore Management, LLC, d/b/a/ Seven Gables Apartments | Collection | In the Small Claims Court of Harris County, Texas  Precinct 5, Place 2 Houston, TX 77084-4089 | Pending |
| Case No. 997498; Presto Maintenance Supply Inc. v. John Gilmore | Collection | County Court at Law No. 4, Harris County, Texas | 3/28/2012 Judgment |
| NewFirst National Bank v. Condominiums at Murray Hill, Ltd. , Herbert B. Richardson, JL&G Inc., John E. Gilmore, John D. Long, Jr. | Collection | 334rd Judicial District Court of Harris County, Texas | Non-suit 5/10/2012 |
| No. 10-05217; Menlo Investment Group, LLC, Francis Tan and Jane Tang vs. O.D. Fought, Jr., VA Richmore, Ltd., J.L.&G., Ltd., John Gilmore, et al. | Fraud in a Real Estate Action, Breach of Contract | 95th Judicial District Court of Dallas County, Texas | Pending |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Icon Bank of Texas**<br>**7908 N Sam Houston Parkway W**<br>**Suite 100**<br>**Houston, TX 77064** | **12/11** | **Deed in lieu of foreclosure of mobile home, located at Lot 157, Dove Creek Subdivision, San Antonio, Texas**<br>**11415 Road Runner, San Antonio, Texas** |

**6. Assignments and receiverships**

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None 

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Gambling $550.00** | | **12/11** |

5

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hoover Slovacek LLP 5847 San Felipe Suite 2200 Houston, TX 77057 | 12/11/2011 4/23/2012 6/5/2012 | $5,000.00 $504.78 $9,500.00 |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Long, John D. 6669 Rutledge Driver Fairfax Station, VA 22039 None | 3/21/2011 | Pursuant to Agreement of Accord and Satisfaction related to Secured Promissory Note and Security and Pledge Agreement dated January 30, 2009, John E. Gilmore transferred and assigned his interest in $250,000 and $245,000 promissory notes executed by John E. Gilmore as lender and Topaz Technologies, LLC as borrow, and his 29.35% ownership, capital and profits interest in Topaz Technologies, LLC. |
| John and M. Louann Barfknecht 3020 Amyx Hill Road Lewisville, TX 75077 None | 7/18/2011 | Park Lane Townhomes, Block B, Lot 13, Denton County 1501 Barbara Drive Lewisville, TX 75067 $72,500, short sale, deficiency claim by Prosperity Bank (See Schedule F) |
| Thomas Bradfield 16708 French Harbour Court Austin, TX 78734 None | 1/4/2012 | Airplane hangar located at Lot 3 A, Replat of Lots 3 and 4, Windemere Airpark, Burnet County, Texas; $225,000.00, short sale, defiency claim of ICON Bank of Texas, N.A. (See Schedule F) |
| Ahmed Deyaf 563 Sterling Drive Richardson, TX 75081 None | 7/29/2011 | Park 35 South, Lot 19, Block A, Sec 2-A, Hays County 218 Trademark Drive, Buda, TX 78610 $750,000.00, short sale, deficiency claim of Icon Bank of Texas, N.A. (See Schedule F) |
| 5P Flymore, LLC 3511 Silverside Road Suite 105 Wilmington, DE 19810 None | 5/3/2011 | Beech 95-aff Aircraft, S/N TC-215; $60,000.00, short sale, deficiency claim by Harley Davidson Credit Corp. (See Schedule F) |

6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Ademl Group, LLC**<br>**336 Melrose Drive Apt. 18C**<br>**Richardson, TX 75080**<br>**None** | 7/28/2011 | **Park Lane Townhomes, Block C, Lot 17, Denton County, Texas**<br>**1516 Barbara Drive, Lewisville, TX 75067,**<br>**$77,900.00, short sale**<br><br>**Park Lane Townhomes, Block B, Lot 7, Denton County, Texas**<br>**1512 Park Lane, Lewisville, TX 7506**<br>**$74,500.00, short sale**<br><br>**Deficiency claim of Prosperity Bank for both above sales**<br>**(See Schedule F)** |

None ☒   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **ICON Bank**<br>**7908 North Sam Houston Pkwy N**<br>**Suite 100**<br>**Houston, TX 77064** | **Checking Account No. xxxxx1400** | est. $23.00 |
| **Wells Fargo Bank**<br>**P O Box 266000**<br>**Dallas, TX 75326** | **Complete Advantage Checking Account No. xxxx3990** | est. (900.00) |

### 12. Safe deposit boxes

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

7

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| C Gilmore, Minor Child<br>503 Explorer<br>Austin, TX 78734 | Texas Guaranteed Tuition Plan Account xxxxx155, Beneficiary C. Gilmore, minor child (balance of $15,820.00 received as of 01/2012) | |
| S Gilmore, Minor Child<br>503 Explorer<br>Austin, TX 78734 | Texas Guaranteed Tuition Plan Account xxxx135, Beneficiary S. Gilmore, minor child (balance of $17,741.00 received as of 01/2012) | |
| S Gilmore, Minor Child<br>503 Explorer<br>Austin, TX 78734 | High school checking account, JPMorgan Chase Bank Acct. No. xxxxx7855. $34.17 | |
| Peak Real Estatement Management ADDRESS | Debtor, as manager, and 25% ownership, is a signer on the following bank accounts of Peak Real Estatement Management:<br>Icon Bank Account #xx776;<br>Amegy Bank Account #xx226;<br>Amegy Bank Account #xxx101; and<br>Chase Bank Account #xxx3726. | |
| JG Family Trust<br>Attn John D. Long, Jr., Trustee<br>8253 J Backlick Road<br>Lorton, VA 22079 | Irrevocable Trust Agreement dated July 28, 2009. Debtor John Gilmore as Settlor. S. Gilmore and C. Gilmore, minor children, as Beneficiaries.<br>$100 and all Settlor's rights and interest in the entity Briarwood Partners, Ltd. | |
| S Gilmore, Minor Child<br>503 Explorer<br>Austin, TX 78734 | USAA FSB Cust of COverdell ED SBGS Acct No. xxxx1775 | $706.27, as of June 30, 2012 |

### 15. Prior address of debtor

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

8

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **See attached Exhibit B-13** | | **List of businesses, type of ownership interest, an** | **Commercial Real Estate** | |

None
☒
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**EXHIBIT B-13**

| Entity | FEIN | General Partner | Ownership Type | % Ownership Interest | Begin Date | End Date/Status | Estimated Fair Market Value |
|---|---|---|---|---|---|---|---|
| 519 Colquitt GP, LLC | | | Member | | 12/11/2006 | Forfeited 5/21/2010 | 0.00 |
| 1501 Beall LP (Monticello) | 05-0614983 | 1501 Beall GP, LLC | Limited Partner | 25% | 1/4/2005 | Active | 50,000.00 |
| 1501 Beall GP, LLC | | | Member | | | Active | |
| 209 Merrie Way 1, LLC | | | Member | | 11/21/2008 | Forfeited | 0.00 |
| 2525 S. Voss GP, LLC | 20-5934441 | | Member | | 11/14/2006 | | 0.00 |
| 2525 S. Voss Ltd. | 20-5934363 | 2525 S. Voss CP LLC | Limited Partner | | 11/14/2006 | Real estate sold 8/11 | 0.00 |
| 6414 Ltd. (dba Greentree) | 22-3823181 | | Limited Partner | 50% | 8/16/2001 | Real estate sold 12/09; Dissolved. | 0.00 |
| 9775 Pine Lake Dr LP | 76-0643307 | | | | | Real estate sold 7/19/2011. Short sale. | 0.00 |
| Briarwood Partners, Ltd | 27-0314397 | Briarwood Partners G.P., L.L.C. | | 0.50% | 8/20/2009 | Active | 2,500.00 |
| Briarwood Partners G.P., L.L.C. | | | Member | 50% | 7/28/2009 | Active | 2,500.00 |
| Broadmead Apartments, Ltd. | 27-1430114 | | Member | | 12/8/2009 | Active | 500.00 |
| Broadmead Apartments G.P., L.L.C. | | | Member | | 12/8/2009 | Active | 500.00 |
| Cameron Rei VIII, LLC | | | Member | | 12/8/2009 | Forfeited | 0.00 |
| Condominiums at Murray Hill, Ltd. | 06-1658330 | J.L.&G. Inc. | | | 11/26/2001 | Real estate sold. Forfeited. | 0.00 |
| Crawford & Company | | | | 100% | 8/4/2002 | | 0.00 |
| Dove Creek Condominiums GP, LLC | 20-8936147 | | Member | | 5/9/2007 | | 0.00 |
| Dove Creek Condominiums, Ltd. | 20-8936080 | Dove Creek Condominiums GP, LLC | | 19% | 5/9/2007 | Real estate foreclosed 12/11 | 0.00 |
| Dove Creek Retail, Ltd | 26-3039546 | Dove Creek Retail GP, LLC | | 34% | 9/3/2008 | Real estate foreclosed 11/11 | 0.00 |
| Dove Creek Retail II GP, LLC | 26-3040233 | | Member | | | | 0.00 |
| Dove Creek Retail GP, LLC | 26-3040293 | | Managing Member | 71.43% | 9/3/2008 | Foreclosed 11/11 | 0.00 |
| FMJR Investment LLC | 27-1864820 | | Member | | 1/5/2010 | | 0.00 |
| Guidmore GP, LLC | 47-0933534 | | General Partner | 0% | | Sold Topaz Technologies 3/11 | 0.00 |
| Hidden Pines Apartments, L.P. | | | Registered Agent | 50% | 3/14/2001 | Forfeited 8/28/2009 | 0.00 |
| Hunters Point Center, LTD | 74-2683933 | | Limited Partner | 23.40% | 6/2/2006 | 11/11/2012 | 0.00 |
| J&B Heritage Partners, L.P. | 74-2978712 | | Limited Partner | 50% | 9/13/2000 | 3/13/2006 | 0.00 |

**EXHIBIT B-13**

| Name | ID | Related Entity | Role | % | Date | Status | Amount |
|---|---|---|---|---|---|---|---|
| J&B Richmore Management, LLC | 76-0677547 | | Member | 50% | 9/13/2000 | Real estate foreclosed 11/11 | 0.00 |
| J&M Portfolio GP, LLC | 14-2009937 | | Member | 0.50% | 10/6/2005 | Real estate sold 12/11. Short sale. | 0.00 |
| J&M Portfolio, LTD | 20-3823597 | | Limited Partner | 0.49% | | | 0.00 |
| J&M Portfolio Partners, Ltd. | 20-3823597 | J&M Portfolio G.P., LLC | Limited Partner | | 10/6/2005 | Real estate sold. Forfeited. | 0.00 |
| JB Riverstone, LLC | | | Member | 100% | 7/10/2003 | Real estate sold 12/11. | 0.00 |
| J. L. & G., INC. | 74-2668544 | | Member | 100% | 12/27/1991 | | 0.00 |
| J.G. North Lamar G.P., L.L.C. | 26-0141716 | | Member | 100% | 5/9/2007 | Real estate sold 2009 | 0.00 |
| J.L. & G. II, INC. | 74-2689671 | | Stockholder | 100% | Jan-92 | 7/13/2007 Forfeited. | 0.00 |
| J.G. North Lamar, Ltd | 26-0141657 | J.G. North Lamar G.P., L.L.C. | Limited Partner | 50% | 5/9/2007 | Real estate sold 1/10. | 0.00 |
| JGDM Kyle, Ltd. | 20-1797798 | | Limited Partner | 100% | 9/1/2004 | Real estate sold 2009. | 0.00 |
| Las Brisas 4500 N Main GP, LLC | 26-3579313 | | Member | 100% | 10/24/2008 | Foreclosed 10/11 | 0.00 |
| Las Brisas 4500 N Main, Ltd | 26-3579183 | Las Brisas 4500 N. Main GP, LLC | Limited Partner | 80% | 10/24/2008 | 4/30/2010. Foreclosed 10/11. | 0.00 |
| Longmore Apartment Properties, Ltd. | 36-4530950 | J.L.&G. Inc. | Limited Partner | | 5/8/2003 | Canceled. | 0.00 |
| Longmore Research Blvd., Ltd. | 74-2998464 | | Limited Partner | 34% | | Foreclosed 11/11 | 0.00 |
| Lubbock Riverstone, Ltd. | 75-3122800 | | Limited Partner | 13% | | Real estate sold 2/2012 | 0.00 |
| Peak Real Estate Management LLC | 27-1213242 | | Member | 25% | 10/26/2009 | | 0.00 |
| Richmore Payroll Management | 76-0605681 | | | 100% | | Ceased operating | 0.00 |
| Richmore Properties LLC | 27-1429776 | | Member | 50% | 12/8/2009 | Active | 0.00 |
| Richmore Properties I, Ltd. | 76-0553079 | | | 26% | 10/30/1997 | | 0.00 |
| Seven Gables Ltd. | 76-0621086 | | | | 10/21/1999 | Dissolved. | 0.00 |
| Sherwood Pines, Ltd. | 76-0621085 | | Limited Partner | 22.50% | 10/26/1999 | Real estate sold in 2006. | 0.00 |
| Topaz Technologies, Ltd. | 74-2887708 | Guidmor GP, LLC | Limited Partner | | 11/1/2003 | Sold in 4/11. | 0.00 |
| VA Richmore, LTD | 20-1796258 | | Limited Partner | 50% | | Real estate sold 2009 or 2010. | 0.00 |
| Val Verde Ranch, Ltd. | 74-2887708 | | General Partner | | 10/22/1999 | Forfeited. | 0.00 |
| Wonmore, Ltd. | 27-1430212 | Richmore Properties, LLC | Member of General Partner | | 12/1/1999 | 1 condo left; probable short sale | 0.00 |
| Woodland Park Partners | 27-1430212 | Richmore Properties, LLC | Limited Partner | | 12/8/2009 | Real estate sold 1/2012. | 0.00 |

9

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

**None**
☒

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

**None**
☒

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

**None**
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

**None**
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

**None**
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

**None**
☒

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

**None**
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

**None**
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

10

**22 . Former partners, officers, directors and shareholders**

None
☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME               ADDRESS               DATE OF WITHDRAWAL

None
☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE             DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                  DATE AND PURPOSE             AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL                OR DESCRIPTION AND
                                                                   VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                           TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/10)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  9/27/12                    Signature

                                 John E. Gilmore
                                 Debtor

Date  9/27/2012                  Signature

                                 **Valerie A. Gilmore**
                                 Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Western District of Texas

In re  John E. Gilmore
      Valerie A. Gilmore                                   Case No.
                                     Debtor(s)          Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**American Bank of Texas** | **Describe Property Securing Debt:**<br>**3911 Evening Primose, Galveston,Tx 77554 (Lot)** |
|---|---|

Property will be (check one):
  ☒ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt              ☒ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Cheryl Johnson Tax Collector** | **Describe Property Securing Debt:**<br>**3911 Evening Primose, Galveston,Tx 77554 (Lot)** |
|---|---|

Property will be (check one):
  ☒ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt              ☒ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**JP Morgan Chase Bank** | **Describe Property Securing Debt:**<br>**Homestead: 503 Explorer, Lakeway, Travis County, Texas 78734-3439** |

Property will be (check one):
☐ Surrendered                    ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Propel Financial Services, LLC** | **Describe Property Securing Debt:**<br>**3911 Evening Primose, Galveston,Tx 77554 (Lot)** |

Property will be (check one):
☒ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☒ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                     Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Property Owners Association** | **Describe Property Securing Debt:**<br>**3911 Evening Primose, Galveston, Tx 77554 (Lot)** |

Property will be (check one):
☒ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt            ☒ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Apple Leasing** | **Describe Leased Property:**<br>**2006 Ford F150, VIN# 1FTR12W86KC58597. 24 monthly payments of $667.74 per month, beginning 7/29/2011.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Apple Leasing** | **Describe Leased Property:**<br>**2012 Ford Explorer 4DR FWD XLT, VIN #1FMHK7D84CGA01617, 48 monthly payments of $965.44 per month, beginning 8/17/2011.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Western District of Texas

In re   **John E. Gilmore**
**Valerie A. Gilmore**

Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   9/27/12     Signature

    John E. Gilmore
    Debtor

Date   9/27/2012     Signature

    Valerie A. Gilmore
    Joint Debtor

# United States Bankruptcy Court
### Western District of Texas

In re   John E. Gilmore
      Valerie A. Gilmore                           Case No. _____

                                 Debtor(s)         Chapter    7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __John E. Gilmore__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, __Valerie A. Gilmore__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   10/2/12          Signature _____
                                        **John E. Gilmore**
                                        Debtor

Date   10/2/12          Signature _____
                                          **Valerie A. Gilmore**
                                         Joint Debtor

B22A (Official Form 22A) (Chapter 7) (12/10)

In re __John E. Gilmore__
                 Debtor(s)

Case Number: _____
              (If known)

> According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):
>
> ☐ **The presumption arises.**
>
> ■ **The presumption does not arise.**
>
> ☐ **The presumption is temporarily inapplicable.**

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>          ☐ I remain on active duty /or/<br>          ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>          OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/10)

2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
|---|---|---|---|

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ | $ |
|---|---|---|---|
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ ___  Spouse $ ___ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.**<br><br><table><tr><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>$</td><td>$</td></tr></table><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                         3

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |
|---|---|---|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7).  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence: _____  b. Enter debtor's household size: _____ | $ |
| 15 | Application of Section 707(b)(7). Check the applicable box as directed.  ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.  ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.  <table><tr><td>a.</td><td></td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td></tr><tr><td>c.</td><td></td><td>$</td></tr><tr><td>d.</td><td></td><td>$</td></tr></table>  Total and enter on Line 17 | $ |
| 18 | Current monthly income for § 707(b)(2).  Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items.  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|
| 19B | National Standards: health care.  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. <table><tr><td colspan="2">Persons under 65 years of age</td><td colspan="2">Persons 65 years of age or older</td></tr><tr><td>a1.</td><td>Allowance per person</td><td>a2.</td><td>Allowance per person</td></tr><tr><td>b1.</td><td>Number of persons</td><td>b2.</td><td>Number of persons</td></tr><tr><td>c1.</td><td>Subtotal</td><td>c2.</td><td>Subtotal</td></tr></table> | $ |
| 20A | Local Standards: housing and utilities; non-mortgage expenses.  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | $ |

| | | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____ | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | $ |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | $ |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

| | | |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

**Subpart B: Additional Living Expense Deductions**

**Note: Do not include any expenses that you have listed in Lines 19-32**

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> a. Health Insurance $ <br> b. Disability Insurance $ <br> c. Health Savings Account $ <br><br> Total and enter on Line 34. <br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br> $ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|    | | $ |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|    | | $ |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | | | |
|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                                7

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,025\***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

|   | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. (If this is a joint case, both debtors must sign.)<br><br>Date: _10/1/12_        Signature: _____<br>                                              John E. Gilmore<br>                                                    *(Debtor)*<br><br>Date: _Oct 1, 2012_        Signature _____<br>                                              Valerie A. Gilmore<br>                                                *(Joint Debtor, if any)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B22A (Official Form 22A) (Chapter 7) (12/10)

In re  **Valerie A. Gilmore**
_____
Debtor(s)

Case Number: _____
(If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>          ☐ I remain on active duty /or/<br>          ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>            OR<br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/10) 2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |

| | | | | |
|---|---|---|---|---|
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | $ | $ |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ | $ |
| b. | Ordinary and necessary business expenses | $ | $ |
| c. | Business income | Subtract Line b from Line a | |

| | | | | |
|---|---|---|---|---|
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | $ | $ |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ | $ |
| b. | Ordinary and necessary operating expenses | $ | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | |

| | | Column A | Column B |
|---|---|---|---|
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $    Spouse $ | $ | $ |
| 10 | **Income from all other sources. Specify source and amount.** If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.** | $ | $ |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |
| | Total and enter on Line 10 | | |

| | | Column A | Column B |
|---|---|---|---|
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                    3

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7).  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.<br>☐ The amount on Line 13 is less than or equal to the amount on Line 14.  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ The amount on Line 13 is more than the amount on Line 14.  Complete the remaining parts of this statement. | |

Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | | $ |
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | | |
| | a. | | $ | |
| | b. | | $ | |
| | c. | | $ | |
| | d. | | $ | |
| | Total and enter on Line 17 | | | $ |
| 18 | Current monthly income for § 707(b)(2).  Subtract Line 17 from Line 16 and enter the result. | | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items.  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | | | $ |
| 19B | National Standards: health care.  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | | | |
| | Persons under 65 years of age | | Persons 65 years of age or older | | |
| | a1. | Allowance per person | a2. | Allowance per person | |
| | b1. | Number of persons | b2. | Number of persons | |
| | c1. | Subtotal | c2. | Subtotal | $ |
| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | | | $ |

4

| | |
|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**<br><br>a. IRS Housing and Utilities Standards; mortgage/rental expense \$<br>b. Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 \$<br>c. Net mortgage/rental expense  Subtract Line b from Line a. | \$ |
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | \$ |
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | \$ |
| **22B** | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | \$ |
| **23** | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><br>a. IRS Transportation Standards, Ownership Costs  \$<br>b. Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42  \$<br>c. Net ownership/lease expense for Vehicle 1  Subtract Line b from Line a. | \$ |
| **24** | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><br>a. IRS Transportation Standards, Ownership Costs  \$<br>b. Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42  \$<br>c. Net ownership/lease expense for Vehicle 2  Subtract Line b from Line a. | \$ |
| **25** | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | \$ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                              5

| | | |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><strong>Subpart B: Additional Living Expense Deductions</strong><br><strong>Note: Do not include any expenses that you have listed in Lines 19-32</strong></td></tr>
<tr>
<td>34</td>
<td colspan="2">

**Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.

| a. | Health Insurance | $ |
|---|---|---|
| b. | Disability Insurance | $ |
| c. | Health Savings Account | $ |

Total and enter on Line 34.

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:

$

</td>
</tr>
</table>

| | | |
|---|---|---|
| 34 | (see above) | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|  | <table><tr><td></td><td>Name of Creditor</td><td>Property Securing the Debt</td><td>Average Monthly Payment</td><td>Does payment include taxes or insurance?</td></tr><tr><td>a.</td><td></td><td></td><td>$</td><td>☐yes ☐no</td></tr><tr><td colspan="3"></td><td colspan="2">Total: Add Lines</td></tr></table> | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|  | <table><tr><td></td><td>Name of Creditor</td><td>Property Securing the Debt</td><td>1/60th of the Cure Amount</td></tr><tr><td>a.</td><td></td><td></td><td>$</td></tr><tr><td colspan="3"></td><td>Total: Add Lines</td></tr></table> | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. <table><tr><td>a.</td><td>Projected average monthly Chapter 13 plan payment.</td><td>$</td></tr><tr><td>b.</td><td>Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)</td><td>x</td></tr><tr><td>c.</td><td>Average monthly administrative expense of Chapter 13 case</td><td>Total: Multiply Lines a and b</td></tr></table> | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |
| 53 | Enter the amount of your total non-priority unsecured debt　　　　　　　　　　　　　　$ |
| 54 | Threshold debt payment amount. Multiply the amount in Line 53 by the number 0.25 and enter the result.　$ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

### Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: _10/1/12_　　　　　　　Signature: _____<br>　　　　　　　　　　　　　　　　　　　John E. Gilmore<br>　　　　　　　　　　　　　　　　　　　　*(Debtor)*<br><br>Date: _Oct 1, 2012_　　　　　Signature _Valerie A. Gilmore_<br>　　　　　　　　　　　　　　　　　　　Valerie A. Gilmore<br>　　　　　　　　　　　　　　　　　　　*(Joint Debtor, if any)* |

---

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## United States Bankruptcy Court
### Western District of Texas

In re    John E. Gilmore
        Valerie A. Gilmore

                                                Debtor(s)

Case No. _____
Chapter   **7**  _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _10/1/12_____

John E. Gilmore
Signature of Debtor

Date: _Oct 1, 2012_____

Valerie A. Gilmore
Signature of Debtor

Allied Interstate
3000 Corporate Exchange Dr
Columbus, OH 43231


American Bank of Texas
418 North Highway 281
Marble Falls, TX 78654


American Express
P O Box 981535
El Paso, TX 79998-1535


American Express
Optima
2965 W. Corporate Lakes Blvd
Weston, FL 33311


American Medical Collection
4 Westchester Plaza, Bldg 4
Elmsford, NY 10523


Amrid Pest Control
614 ridge
Houston, TX 77009


Apple Leasing
12205 Hunter Chase
Austin, TX 78729


Arthur J. White, III
Law Office of Arthur J,. White III, PC
1330 Post Oak Boulevard
Houston, TX 77056


ASAP Answering Service
P O Box 2015
Channelview, TX 77530


AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001


AT&T
P O Box 5001
Carol Stream, IL 60197

AT&T
1967 Lakeside Parkway
SUite 402
Tucker, GA 30085

AT&T
P O Box 6500
Sioux Falls, SD 57117

B.M.C. Cleaning and Carpet Service
13806 New Villiage Lane
Sugar Land, TX 77478

Bank of America
1950 N. Stemmons Prkwy
Dallas, TX 75207-3134

Bank of America
P O Box 15715
Wilmington, DE 19886

Bank of America
P O Box 1502
Wilmington, DE 19850

Bank of America
P O Box 15710
Wilmington, DE 19886-5710

BBVA Compass
c/o LTD Financial Services, LP
7322 SW Freeway, Ste 1600
Houston, TX 77074

BBVA Compass
2001 Kirby Drive
Houston, TX 77019

Beneficial Savings Bank
P O Box 4153-K
Carol Stream, IL 60197

BexarMet Water District
P O Box 245994
San Antonio, TX 78225

Bradfield, Dr & Mrs Thomas
18200 Hamilton Pool Rd
Austin, TX 78738

Bradfield, Keller
16708 French CT
Austin, TX 78734

Breibart Law Firm
P O Box 190107
Birmingham, AL 35219

Brilliant Promotional Products
10161 Harwin, Suite 125
Houston, TX 77036

Buena Suerte
7324 SW Freeway, Ste #1720
Houston, TX 77074

Burns, Chris
328 Tuna Lane
Virginia Beach, VA 23456

Centerpoint Energy
P O Box 4981
Houston, TX 77210-4981

Centralized Real Estate Services
3050 Post Oak, Ste 110
Houston, TX 77056

Charles Douglas McCullough
c/o Scanlan, Buckle & Young, PC
602 West 11th Street
Austin, TX 78701-2099

Chase
P O Box 15298
Wilmington, DE 19850-5298

Cheryl Johnson Tax Collector
Galveston Counrty Courthouse
722 Moody
Galveston, TX 77550

Chubb
c/o RMS
P O Box 280431
East Hartford, CT 06128

City Apartments Locators
Locating Services
20501 Katy Fwy, Suite #219
Katy, TX 77450

City of Houston, Water Department
P O BOX 1560
Houston, TX 77251

Classic Touch Carpter Care
P O Box 720929
Houston, TX 77272

Clinical Pathology Laboratories
P O Box 78714-1669
Austin, TX 78714-1669

Comcast
P O Box 660618
Dallas, TX 75266-0618

Convergent Outsourcing
800 SW 39th St
Renton, WA 98057

Crestmark Construction Services
1213 Shepherd Drive
Houston, TX 77092

Currier Carpet, Inc
18071 F.M. 1314 Road
Conroe, TX 77302

Day Jr., Dwight
4600 N Ocean Driver
West Palm Beach, FL 33404

Direct Energy
P O Boxd 676863
Dallas, TX 75267-6863

Donna Irrigation District
P O Box 775
Donna, TX 78537


Doris Long-Sohn
15284 Lodge Terrace
Woodbridge, VA 22191


Dorothy Foster
P O Box 5394
Austin, TX 78763


Dove Creek Retail, LTD
503 Explorer
Austin, TX 78734


El Clareno Properties Ltd
P O Box 781647
San Antonio, TX 78278


Endeavour Finance, LLC
7044 Colchester Park Dr.
Manassas, VA 20112


Endeavour HOA
4821 NASA Parkway
Seabrook, TX 77586


Enhanced Recovery
8014 Bayberry Rd
Jacksonville, FL 32256


Equity Title
4040 S Eastern Ave #130
Las Vegas, NV 89119


Falcon Bank
801 Matamoros Drive
Laredo, TX 78040


Falcon Bank
801 Matamoros
Laredo, TX 78040

Fannie Mae
P O Box 650043
Dallas, TX 75265

First Bank
P O Box 797091
Saint Louis, MO 63179-7000

First National Bank of Edinburg
6243 IH 10 W
San Antonio, TX 78217

Flat Iron Capital
1700 Lincoln Street, 12th Floor
Denver, CO 80203

FMJR Investments, LLC
503 Explorer
Austin, TX 78734

Fruciero, Frank
440 35st
Redondo Beach, CA 90277

GDI, LLC
11023 Arroyono Canyon
Austin, TX 78736

GE Capital Retail Bank
c/o Leading Edge Solutions
5440 N. Cumberland Ave, STE 300
Chicago, IL 60656-1490

Gene Holmes
6151 FM 1123
Belton, TX 76513

Gilmore Living Trust
8304 Southern Oaks CT
Lorton, VA 22079

Graciano & Isabel
c/o Jack P. Mixa
1400 Cornerstone Village Dr.
Suite 332
Houston, TX 77014


Gregory, Charls A.
2825 West 11th
Houston, TX 77008


Guerra, Hector & Christina
9210 Karpri Lane
Houston, TX 77025


Gulf Coast Answering Service
P O Drawer 1151
Altoona, PA 16603-1151


Harley Davidson/EagleMark
P O Box 15129
Palatine, IL 60055


Harris & Greenwell
800 Shoreline Plaza, Suite 2800-S
Corpus Christi, TX 78401


HD Supply Facilities
P O Box 509058
San Diego, CA 92150-9058


Hemmasi, Mr and Mrs Majid
2300 Chesick Court
Austin, TX 78746


Hess, Mike
110 CypressStation Dr #173
Houston, TX 77090


Hidalgo County Tax Office
Armando Barrera Jr. RTA
P O Box 178
Edinburg, TX 78540-0178

HPES
20202 Hwy 59, suite 325
Humble, TX 77338-2403

HSBC Comusmer Lending (USA) Inc
Atlantic Credit & Finance,
c/o John P. Frye
P O Box 13665
Roanoke, VA 24036-3665

HUD
451 - 7th Street SW
Washington, DC 20410

HUD Regional Office
801 Cherry Street, Unit #45
Suite 2500
Fort Worth, TX 76102

Icon Bank of Texas
7908 N Sam Houston Parkway W
Suite 100
Houston, TX 77064

IESI North Houston
1621 Isolm St
Houston, TX 77238

IESI North Houston
P O Box 660043
Dallas, TX 75266

Ignacio Luna
4500 North Main #5
Houston, TX 77009

Insco #29
5921 South Loop East
Houston, TX 77033-1017

Integrated Anesthis Services
P O Box 4860
Murrells Inlet, SC 29576

Integrity Bank
4040 Washington Ave
Houston, TX 77007


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


John J. Rockey
2305 S Fort Hood St.
Killeen, TX 76542-2316


JP Morgan Chase Bank
P O Box 78420
Phoenix, AZ 85062


Kings III Emergency Communications
751 Canyon Dr Suite 100
Coppell, TX 75019


KMN Sheet Metal, Inc.
7214 Lockport Pl.
Lorton, VA 22079


Law Offices of Weinstock & O'Malley
P O Box 311
105 White Oak Lane, Second Floor
Old Bridge, NJ 08857-1006


Leading Edge Recovery Solutions, LLC
P O Box 129
Linden, MI 48451-0129


Lee Walllis, Inc
8531 N. New Braunfels RD, #100
San Antonio, TX 78217


Legacy Homes, Ltd.
4801 Mark IV Parkway
Fort Worth, TX 76106


Lexis Nexis
Resident Screening
P O Box 730694
Dallas, TX 75373-0694

Linebarger Goggan Blair & Sampson, LLP
Attorneys at Law
711 Navarro, Ste 300
San Antonio, TX 78205

Long, John D.
6669 Rutledge Driver
Fairfax Station, VA 22039

Long, John D.
6669 Rutledge
Fairfax Station, VA 22039

Long, Sherry
6669 Rutledge
Fairfax Station, VA 22039

Lopez Carpet Care & Painting, Inc
P O Box 358
Stafford, TX 77497

Maintenance Supply Headquarters
P O Box 203601
Houston, TX 77216-3601

Mason Mill & Lumber Co, Inc
C S Managment Inc.
Registered Agent: Juan Creixall
8305 Shoul Creek Boulvard
Austin, TX 78757

Mattox, Terrell & Associates
1614 Ave B
Katy, TX 77493

McCullough Kwik Air & Heating
8525 Finlay Street
Houston, TX 77017

Mercantile Adjustment Bureau, LLC
35A Rust Lane
Boerne, TX 78006-8202

Michael Moore
17918 Texas Emmy Lane
San Antonio, TX 78258


Mueller Water Conditioning, Inc
P O Box 975118
Dallas, TX 75397-5118


Muller, Frank
9337 Jamaica Beach
Galveston, TX 77554


Mustak Ali
6 Rufford Drive
Austin, TX 78701


Nationwide Credit
2002 Summit Blvd, Ste 600
Atlanta, GA 30319-1559


New Opportunities Fixed Income Fund
8531 N. New Braunfels Rd #100
San Antonio, TX 78217


Northmarq Capital LLC
P O 86 505 12 - 0502
Minneapolis, MN 55486


NRC, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360


Office Depot
P O Box 88040
Chicago, IL 60680-1040


Pecos Road, LLC
Attn Jeffrey Seretan, Manager
11770-Q Pacific Coast Highway
Malibu, CA 90265


Pioneer Exterminating Company
P O Box 31387
Houston, TX 77231-1387

Please see Schedule F as to the
co-debtors of the numerous trade debts

Point West HOA
8360 E Via De Vuntura
Suite L-100
Scottsdale, AZ 85258

Porfirio Castanon
Leasing Office
4500 North Main
Houston, TX 77009

Presto
580 N. Shepard
Houston, TX 77007

Presto
580 N. Shepherd
Houston, TX 77077

Presto Maintenance Supply, Inc.
c/o Dennis A. McQueen
Pagel Davis & Hill PC
1415 Louisiana, 22nd Floor
Houston, TX 77002

Professional Premium Collections, Inc
P O Box 656742
Fresh Meadows, NY 11365-9998

Propel Financial Services, LLC
8203 IH 10 West
San Antonio, TX 78230

Property Owners Association
of Point West
8360 W Via De Ventura
Suite L-100
Scottsdale, AZ 85258

Prosperity Bank
c/o William J. Cronin, PC
Attorney-at-Law
110 Cypress Station Dr, Ste 154
Houston, TX 77090

Quality Services Company
P O Box 631851
Houston, TX 77263


R. B. Painting Corp.
c/o Simmons and Adams
9896 Bissonenet St, Ste 250
Houston, TX 77036


R. B. Painting Corporation
c/o Thomas Simmons
SIMMONS & ADAMS
9896 Bissonnet, Suite 250
Houston, TX 77036


Reliant Energy
P O Box 3765
Houston, TX 77253


Reliant Energy
P O Box 650475
Houston, TX 77265-0475


Reliant Energy
P O Box 650475
Dallas, TX 75265-0475


Reliant Energy RSLLC
c/o Marchris Glen Robinson
Robinson Law Group PLLC
4203 Yoakum Blvd., Suite 310
Houston, TX 77006


Reliant,  an NRG Company
P O Box 148
Houston, TX 77001


Resident Data
P O Box 730694
Dallas, TX 75374-0694


RMS
77 Hartland Street, Suite 401
P O Box 280431
East Hartford, CT 06128-0431

Robert L. Heinrichs, Trustee
Under the RLH Trust Dated July 12, 2012
c/o Robert Nunis
801 West Avenue, SUite 200
Austin, TX 78701


Robert Nunis
801 West Ave Suite 200
Austin, TX 78701


Rocking Y, LTD
8531 N. New Braunfels Rd, #100
San Antonio, TX 78217


Rosendo's Roofing & Remodeling
104 Virginia
Houston, TX 77587


Royal Plumbing
6750 Long Point
Houston, TX 77055


Salvador M. Castillo
4008 Sherwood Lane
Houston, TX 77092


Sanchez Propainting
19402 Gracely Park Lane
Richmond, TX 77469


Senecca Insurance Company, Inc.
160 Water Street
New York, NY 10038


South Austin Med Ctr
6000 Northwest Parkway, Suite 124
San Antonio, TX 78249


Southland
Property Tax Consultants, Inc.
777 Main Street, Suite 1960
Fort Worth, TX 76102-5323

Sprint
c/o West Asset Management
P O Box 790113
Saint Louis, MO 63179-0113


Standard Insurance
1100 SW 6th Avenue (P11B)
Portland, OR 97204


Tehrani, Mohammad
P O Box 140853
Austin, TX 78714


Texas Community Bank
16610 IH 45
Woodlands, TX 77384


Texas Protax Austin, Inc.
Bill Aleshire
RIGGS ALEGHIRE & RAY, P.C.
700 Lavaca St., Suite 920
Austin, TX 78701


The Apartment Store & More
7 Switchbud Place #192-272
The Woodlands, TX 77380


The Treasury
6535 Comanche Trial
Austin, TX 78732


Tracy McCullick and Linda Layle
10608 Spicewood Parkway
Austin, TX 78729


Travis County Tax Office
5501 Airport Blvd.
Austin, TX 78751-1410


University Federal Credit Union
P  O Box 9350
Austin, TX 78766-9350

USAA
10750 McDermott Frwy
San Antonio, TX 78288


Val Verde County
P O Box 1368
Del Rio, TX 78841


Verification Plus, Inc. New
6161 Savoy, Suite 600
Houston, TX 77036


Village of San Leanna
5501 Airport Blvd
Austin, TX 78751


Walmart
P O Box 965023
Orlando, FL 32896


Warrington & Warrington, Lts
8435 Noble Park
Fair Oaks Ranch, TX 78015


Waste Corporation of Texas
6632 John Ralston Rd
Houston, TX 77049


Wells Fargo
P O Box 5058
MAC P6053-021
Portland, GA 39900


Wells Fargo
P O Box 54394
Los Angeles, CA 90054


Wells Fargo
D108086-12 - 12th Floor
550 S Tryon St
Charlotte, NC 28202


Wells Fargo Bank
P O Box 266000
Dallas, TX 75326

Wells Fargo Bank/ CASH, LLC
c/o Law office of J.A. Cambece
200 Cummings Center
suite 173-D
Beverly, MA 01915


West Asset Management, Inc
P O Box 790113
Saint Louis, MO 63179-0113


Wilmar
P O Box 404284
Atlanta, GA 30384-4284