IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 12-12272-TMD |
| JOHN E. GILMORE | § | |
| VALERIE A. GILMORE | § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |

## APPLICATION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND FOR PAYMENT OF CERTAIN COSTS OF SALE

TO THE HONORABLE TONY M. DAVIS, U. S. BANKRUPTCY JUDGE:

Now comes C. Daniel Roberts, Trustee ("Trustee"), the chapter 7 trustee for the above captioned and numbered bankruptcy case ("Bankruptcy Estate"), to file his Application to Sell Property Free and Clear of Liens and Other Interests and for Payment of Certain Costs of Sale, and in support thereof would respectfully show to the Court as follows:

1. Trustee requests authority to sell the below described property of the estate ("Property") pursuant to 11 U.S.C. §363 and Bankruptcy Rule 6004 as set forth below. Trustee further asserts that said property is property of the bankruptcy estate.

| | |
|---|---|
| PROPERTY DESCRIPTION: | The Bankruptcy Estate's 25% interest in 1501 Beal, LP, 50% interest in Briarwood Partners GP, LLC, and 50% interest in Broadmead Apartments GP, LLC. |
| PRICE: | $70,000.00 cash at closing |
| PURCHASER: | Berry Richardson and/or his assigns |
| TERMS: | The Property is being sold free and clear of all liens and other interests. |
| ESTIMATED COSTS OF SALE: | None. |

2. Bankruptcy Rule 6004 requires an application and order to effectuate a sale free and clear of liens. It is necessary to file this application so that any party-in-interest asserting a

lien, whether or not such assertion is known to Trustee or Debtors, will be placed on notice that the property will be sold subject to its lien unless otherwise ordered.

3. After consultation with a tax consultant, Trustee does not believe that the estate will suffer any negative tax consequences as a result of the subject sale.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully prays that the Court enter an order approving the sale of the Property pursuant to the terms and conditions set forth herein. In addition, Trustee prays for any further relief to which he may show himself justly entitled, both general and special, legal and equitable.

Respectfully Submitted,

*/s/ C. Daniel Roberts*
C. Daniel Roberts
1602 East Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email: droberts@cdrlaw.net

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on the 14th day of January, 2014, a true and correct copy of the foregoing document was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid, and that the Notice of Sale of Property, attached hereto as Exhibit "A," was sent in the same manner and on the same day to all creditors and parties-in-interest listed on the attached service list.

| | |
|---|---|
| John E. Gilmore | Edward L. Rothberg |
| Valerie A. Gilmore | Hoover Slovacek LLP |
| 503 Explorer Street | 5847 San Felipe, Suite 2200 |
| Austin, Texas 78734 | Houston, Texas 77057 |
| DEBTORS | ATTORNEYS FOR DEBTORS |

United States Trustee
903 San Jacinto Blvd., Room 230
Austin, Texas 78701

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 12-12272-TMD |
| JOHN E. GILMORE | § | |
| VALERIE A. GILMORE | § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |

**NOTICE OF APPLICATION TO SELL PROPERTY**
**FREE AND CLEAR OF LIENS AND OTHER INTERESTS**
**AND FOR PAYMENT OF CERTAIN COSTS OF SALE**

Notice is hereby given that Trustee requests authority to sell the below described property of the estate free and clear of liens pursuant to 11 U.S.C. §363(c) and (f) as set forth below. Trustee further asserts that said property is property of the bankruptcy estate.

| | |
|---|---|
| PROPERTY DESCRIPTION: | The Bankruptcy Estate's 25% interest in 1501 Beal, LP, 50% interest in Briarwood Partners GP, LLC, and 50% interest in Broadmead Apartments GP, LLC. |
| PRICE: | $70,000.00 cash at closing |
| PURCHASER: | Berry Richardson and/or his assigns |
| TERMS: | The Property is being sold free and clear of all liens and other interests. |
| ESTIMATED COSTS OF SALE: | None. |

Dated: January 14, 2014

                                                */s/ C. Daniel Roberts*
                                                C. Daniel Roberts, Trustee

**Address for Filing Objections:**

U. S. Bankruptcy Clerk
903 San Jacinto, Suite 322
Austin, Texas 78701

**Copy of Objection to:**

C. Daniel Roberts & Associates, P.C.
1602 East Cesar Chavez
Austin, Texas 78702

**EXHIBIT A**

| | | |
|---|---|---|
| Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231-7684 | American Bank of Texas<br>418 North Highway 281<br>Marble Falls, TX 78654 | American Express<br>P O Box 981535<br>El Paso, TX 79998-1535 |
| American Express<br>Optima<br>2965 W. Corporate Lakes Blvd<br>Weston, FL 33331-3626 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Medical Collection<br>4 Westchester Plaza, Bldg 4<br>Elmsford, NY 10523-1615 |
| Amrid Pest Control<br>614 ridge<br>Houston, TX 77009-7519 | Annie E. Catmull<br>Hoover Slovacek LLP<br>5847 San Felipe<br>Suite 2200<br>Houston, TX 77057-3198 | Apple Leasing<br>12205 Hunter Chase<br>Austin, TX 78729-7245 |
| Arthur J. White, III<br>Law Office of Arthur J,. White III, PC<br>1330 Post Oak Boulevard<br>Houston, TX 77056-3031 | ASAP Answering Service<br>P O Box 2015<br>Channelview, TX 77530-8015 | AT&T<br>P O Box 6500<br>Sioux Falls, SD 57117-6500 |
| AT&T<br>P O Box 5001<br>Carol Stream, IL 60197-5001 | AT&T<br>1967 Lakeside Parkway<br>SUite 402<br>Tucker, GA 30084-5867 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| B.M.C. Cleaning and Carpet Service<br>13806 New Villiage Lane<br>Sugar Land, TX 77498-1611 | Bank of America, N.A.<br>c/o BDFTE, LLP<br>15000 Surveyor Blvd Suite 100<br>Addison, TX 75001-4417 | Bank of America<br>P O Box 15715<br>Wilmington, DE 19886-0001 |
| Bank of America<br>P O Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>P O Box 1502<br>Wilmington, DE 19899-1502 | Bank of America<br>1950 N. Stemmons Prkwy<br>Dallas, TX 75207-3134 |
| BBVA Compass<br>c/o LTD Financial Services, LP<br>7322 SW Freeway, Ste 1600<br>Houston, TX 77074-2134 | BBVA Compass<br>2001 Kirby Drive<br>Houston, TX 77019-6043 | Beneficial Savings Bank<br>P O Box 4153-K<br>Carol Stream, IL 60197 |
| BexarMet Water District<br>P O Box 245994<br>San Antonio, TX 78224-5994 | Bradfield, Dr & Mrs Thomas<br>18200 Hamilton Pool Rd<br>Austin, TX 78738-7012 | Bradfield, Keller<br>16708 French CT<br>Austin, TX 78734 |
| Breibart Law Firm<br>P O Box 190107<br>Birmingham, AL 35219-0107 | Brilliant Promotional Products<br>10161 Harwin, Suite 125<br>Houston, TX 77036-1683 | Buena Suerte<br>7324 SW Freeway, Ste #1720<br>Houston, TX 77074-2012 |

| | | |
|---|---|---|
| Burns, Chris<br>328 Tuna Lane<br>Virginia Beach, VA 23456-4400 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Casey James LTD<br>8531 N. New Bruanfels<br>San Antonio TX 78217-6387 |
| Centerpoint Energy<br>P O Box 4981<br>Houston, TX 77210-4981 | Centralized Real Estate Services<br>3050 Post Oak, Ste 110<br>Houston, TX 77056-6557 | Charles Douglas McCullough<br>c/o Scanlan, Buckle & Young, PC<br>602 West 11th Street<br>Austin, TX 78701-2099 |
| Chase<br>P O Box 15298<br>Wilmington, DE 19850-5298 | Cheryl Johnson Tax Collector<br>Galveston Counrty Courthouse<br>722 Moody<br>Galveston, TX 77550-2317 | Chubb<br>c/o RMS<br>P O Box 280431<br>East Hartford, CT 06128-0431 |
| City Apartments Locators<br>Locating Services<br>20501 Katy Fwy, Suite #219<br>Katy, TX 77450-1935 | City of Houston, Water Department<br>P O BOX 1560<br>Houston, TX 77251-1560 | Classic Touch Carpter Care<br>P O Box 720929<br>Houston, TX 77272-0929 |
| Clinical Pathology Laboratories<br>P O Box 78714-1669<br>Austin, TX 78714-1669 | Comcast<br>P O Box 660618<br>Dallas, TX 75266-0618 | Compass Bank<br>P.O. Box 10566<br>Birmingham, AL 35296-0001 |
| Convergent Outsourcing<br>800 SW 39th St<br>Renton, WA 98057-4975 | Crestmark Construction Services<br>1213 Shepherd Drive<br>Houston, TX 77007-5429 | Currier Carpet, Inc<br>18071 F.M. 1314 Road<br>Conroe, TX 77302-5909 |
| Day Jr., Dwight<br>4600 N Ocean Driver<br>West Palm Beach, FL 33404-2679 | Deirdre Carey Brown<br>Hoover Slovacek LLP<br>5847 San Felipe<br>Suite 2200<br>Houston, TX 77057-3198 | Direct Energy<br>P O Boxd 676863<br>Dallas, TX 75267-6863 |
| Donna Irrigation District<br>P O Box 775<br>Donna, TX 78537-0775 | Doris Long-Sohn<br>15284 Lodge Terrace<br>Woodbridge, VA 22191-3806 | Dorothy Foster<br>c/o Robert E. Black<br>500 W. 16th Street, Suite 120<br>Austin, TX 78701-1536 |
| Dorothy Foster<br>P O Box 5394<br>Austin, TX 78763-5394 | Dove Creek Retail, LTD<br>503 Explorer<br>Austin, TX 78734-3439 | Edward L. Rothberg<br>Hoover Slovacek, LLP<br>5847 San Felipe, Suite 2200<br>Houston, TX 77057-3198 |
| El Clareno Properties Ltd<br>P O Box 781647<br>San Antonio, TX 78278-1647 | Endeavour Finance, LLC<br>7044 Colchester Park Dr.<br>Manassas, VA 20112-4058 | Endeavour HOA<br>4821 NASA Parkway<br>Seabrook, TX 77586-6433 |

| | | |
|---|---|---|
| Enhanced Recovery<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Equity Title<br>4040 S Eastern Ave #130<br>Las Vegas, NV 89119-0854 | Falcon Bank<br>801 Matamoros Drive<br>Laredo, TX 78040-5000 |
| Falcon Bank<br>801 Matamoros<br>Laredo, TX 78040-5000 | Fannie Mae<br>P O Box 650043<br>Dallas, TX 75265-0043 | First Bank<br>P O Box 797091<br>Saint Louis, MO 63179-7000 |
| First National Bank of Edinburg<br>6243 IH 10 W<br>San Antonio, TX 78201-2099 | Flat Iron Capital<br>1700 Lincoln Street, 12th Floor<br>Denver, CO 80203-4501 | FMJR Investments, LLC<br>503 Explorer<br>Austin, TX 78734-3439 |
| Fruciero, Frank<br>440  35st<br>Redondo Beach, CA 90277 | GDI, LLC<br>11023 Arroyono Canyon<br>Austin, TX 78736-2401 | GE Capital Retail Bank<br>c/o Leading Edge Solutions<br>5440 N. Cumberland Ave, STE 300<br>Chicago, IL 60656-1486 |
| Gene Holmes<br>6151 FM 1123<br>Belton, TX 76513-7719 | Gilmore Living Trust<br>8304 Southern Oaks CT<br>Lorton, VA 22079-3057 | Girard Diversified Interests, LTD<br>P. O. Box 684847<br>Austin, TX 78768-4847 |
| Graciano & Isabel<br>c/o Jack P. Mixa<br>1400 Cornerstone Village Dr.<br>Suite 332<br>Houston, TX 77014 | Gregory, Charls A.<br>2825 West 11th<br>Houston, TX 77008-6210 | Guerra, Hector & Christina<br>9210 Karpri Lane<br>Houston, TX 77025-4204 |
| Gulf Coast Answering Service<br>P O Drawer 1151<br>Altoona, PA 16603-1151 | Harley Davidson/EagleMark<br>P O Box 15129<br>Palatine, IL 60055-0001 | Harley-Davidson Credit Corp.<br>821 Alexander Road, Suite 200<br>Princeton, NJ 08540-6352 |
| Harris & Greenwell<br>800 Shoreline Plaza, Suite 2800-S<br>Corpus Christi, TX 78401-3752 | HD Supply Facilities<br>P O Box 509058<br>San Diego, CA 92150-9058 | Hemmasi, Mr and Mrs Majid<br>2300 Chesick Court<br>Austin, TX 78746-1934 |
| Hess, Mike<br>110 CypressStation Dr #173<br>Houston, TX 77090-1630 | Hidalgo County Tax Office<br>Armando Barrera Jr. RTA<br>P O Box 178<br>Edinburg, TX 78540-0178 | HPES<br>20202 Hwy 59, suite 325<br>Humble, TX 77338-2406 |
| HSBC Comusmer Lending (USA) Inc<br>Atlantic Credit & Finance,<br>c/o John P. Frye<br>P O Box 13665<br>Roanoke, VA 24036-3665 | HUD<br>451 - 7th Street SW<br>Washington, DC 20410-0002 | HUD Regional Office<br>801 Cherry Street, Unit #45<br>Suite 2500<br>Fort Worth, TX 76102-6803 |

| | | |
|---|---|---|
| Icon Bank of Texas<br>7908 N Sam Houston Parkway W<br>Suite 100<br>Houston, TX 77064-3508 | Icon Bank of Texas, N.A.<br>c/o Eric Gould<br>O'Connor, Craig, Gould & Evans<br>5773 Woodway #184<br>Houston, Texas 77057-1501 | IESI North Houston<br>P O Box 660043<br>Dallas, TX 75266-0043 |
| Ignacio Luna<br>4500 North Main #5<br>Houston, TX 77009-4546 | Insco #29<br>5921 South Loop East<br>Houston, TX 77033-1017 | Integrated Anesthis Services<br>P O Box 4860<br>Murrells Inlet, SC 29576-2698 |
| Integrity Bank<br>4040 Washington Ave<br>Houston, TX 77007-5606 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | John E. Gilmore<br>Valerie A. Gilmore<br>503 Explorer Street<br>Austin, TX 78734-3439 |
| John J. Rockey<br>2305 S Fort Hood St.<br>Killeen, TX 76542-2316 | JP Morgan Chase Bank<br>P O Box 78420<br>Phoenix, AZ 85062-8420 | Judy Walker<br>Stewart & Walker, PLLC<br>1903 Georgia Landing Cove<br>Austin, TX 78746-7263 |
| Kimberly Dawn McGee and<br>Eastburn Properties, Ltd.<br>1205 Brooks Hollow<br>Austin, TX 78734-3435 | Kings III Emergency Communications<br>751 Canyon Dr Suite 100<br>Coppell, TX 75019-3857 | KMN Sheet Metal, Inc.<br>7214 Lockport Pl.<br>Lorton, VA 22079-1525 |
| Law Offices of Weinstock & O'Malley<br>P O Box 311<br>105 White Oak Lane, Second Floor<br>Old Bridge, NJ 08857-1975 | Layle, Lynda (Estate of)<br>c/o Brettany Helen Boozer, Executor<br>Stewart & Walker, PLLC<br>1903 Georgia Landing Cove<br>Austin, TX 78746-7263 | Leading Edge Recovery Solutions, LLC<br>P O Box 129<br>Linden, MI 48451-0129 |
| Lee Walllis, Inc<br>8531 N. New Braunfels RD, #100<br>San Antonio, TX 78217-6387 | Legacy Homes, Ltd.<br>4801 Mark IV Parkway<br>Fort Worth, TX 76106-2217 | Legacy Housing LTD<br>4801 Mark IV Parkway<br>Fort Worth TX 76106-2217 |
| Lexis Nexis<br>Resident Screening<br>P O Box 730694<br>Dallas, TX 75373-0694 | Linebarger Goggan Blair & Sampson, LLP<br>Attorneys at Law<br>711 Navarro, Ste 300<br>San Antonio, TX 78205-1749 | Long, John D.<br>6669 Rutledge<br>Fairfax Station, VA 22039-1733 |
| Long, Sherry<br>6669 Rutledge<br>Fairfax Station, VA 22039-1733 | Lopez Carpet Care & Painting, Inc<br>P O Box 358<br>Stafford, TX 77497-0358 | Maintenance Supply Headquarters<br>P O Box 203601<br>Houston, TX 77216-3601 |
| Mason Mill & Lumber Co, Inc<br>C S Managment Inc.<br>Registered Agent: Juan Creixall<br>8305 Shoul Creek Boulvard<br>Austin, TX 78757-7525 | Mattox, Terrell & Associates<br>1614 Ave B<br>Katy, TX 77493-1611 | McCullough Kwik Air & Heating<br>8525 Finlay Street<br>Houston, TX 77017-3203 |

Mercantile Adjustment Bureau, LLC
35A Rust Lane
Boerne, TX 78006-8202

Michael E. Hess
110 Cypress Station Dr. #73
Houston TX 77090-1630

Michael Moore
17918 Texas Emmy Lane
San Antonio, TX 78258-1608

Mueller Water Conditioning, Inc
P O Box 975118
Dallas, TX 75397-5118

Muller, Frank
9337 Jamaica Beach
Galveston, TX 77554-9657

Mustak Ali
6 Rufford Drive
Austin, TX 78701

Nationwide Credit
2002 Summit Blvd, Ste 600
Atlanta, GA 30319-1559

New Opportunities Fixed Income Fund
8531 N. New Braunfels Rd #100
San Antonio, TX 78217-6387

Northmarq Capital LLC
P O 86 505 12 - 0502
Minneapolis, MN 55486-0086

NRC, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360-2100

NUNIS AND ASSOCIATES
801 WEST AVE
SUITE 200
AUSTIN TX 78701-2247

Office Depot
P O Box 88040
Chicago, IL 60680-1040

Pecos Road, LLC
Attn Jeffrey Seretan, Manager
11770-Q Pacific Coast Highway
Malibu, CA 90265-2202

Pioneer Exterminating Company
P O Box 31387
Houston, TX 77231-1387

Point West HOA
8360 E Via De Vuntura
Suite L-100
Scottsdale, AZ 85258-3183

Porfirio Castanon
Leasing Office
4500 North Main
Houston, TX 77009-4546

Presto
580 N. Shepherd
Houston, TX 77007-1317

Presto
580 N. Shepard
Houston, TX 77007-1317

Presto Maintenance Supply, Inc.
c/o Dennis A. McQueen
Pagel Davis & Hill PC
1415 Louisiana, 22nd Floor
Houston, TX 77002-7344

Professional Premium Collections, Inc
P O Box 656742
Fresh Meadows, NY 11365-6742

Propel Financial Services, L.L.C.
c/o John Lane & Associates
8526 N. New Braunfels
San Antonio, Texas 78217-6304
210-828-8900

Propel Financial Services, LLC
8203 IH 10 West
San Antonio, TX 78230-3859

Property Owners Association
of Point West
8360 W Via De Ventura
Suite L-100
Scottsdale, AZ 85258

Prosperity Bank
c/o William J. Cronin, PC
Attorney-at-Law
110 Cypress Station Dr, Ste 154
Houston, TX 77090-1637

Quality Services Company
P O Box 631851
Houston, TX 77263-1851

R. B. Painting Corp.
c/o Simmons and Adams
9896 Bissonenet St, Ste 250
Houston, TX 77036-8148

R. B. Painting Corporation
c/o Thomas Simmons
SIMMONS & ADAMS
9896 Bissonnet, Suite 250
Houston, TX 77036-8148

Reliant Energy
P O Box 650475
Houston, TX 77265-0475

Reliant Energy
P O Box 650475
Dallas, TX 75265-0475

Reliant Energy
P O Box 3765
Houston, TX 77253-3765

Reliant Energy RSLLC
c/o Marchris Glen Robinson
Robinson Law Group PLLC
4203 Yoakum Blvd., Suite 310
Houston, TX 77006-5455

Reliant, an NRG Company
P O Box 148
Houston, TX 77001-0148

Resident Data
P O Box 730694
Dallas, TX 75374-0694

RLHeinrichs Trustee RLH Trust Dated July 12,
1302 Ventana Cyn.
Leander, TX 78641-3637

RMS
77 Hartland Street, Suite 401
P O Box 280431
East Hartford, CT 06128-0431

Robert L. Heinrichs, Trustee
Under the RLH Trust Dated July 12, 2012
c/o Robert Nunis
801 West Avenue, SUite 200
Austin, TX 78701-2247

Rocking Y, LTD
8531 N. New Braunfels Rd, #100
San Antonio, TX 78217-6387

Rosendo's Roofing & Remodeling
104 Virginia
Houston, TX 77587-3424

Royal Plumbing
6750 Long Point
Houston, TX 77055-2276

Rufina Hemmasi
The Schultz Law Firm PC
101 West Sixth Street, Suite 716
AUstin, Texas 78701-2936

Salvador M. Castillo
4008 Sherwood Lane
Houston, TX 77092-7895

Sanchez Propainting
19402 Gracely Park Lane
Richmond, TX 77407-3843

Senecca Insurance Company, Inc.
160 Water Street
New York, NY 10038-4963

South Austin Med Ctr
6000 Northwest Parkway, Suite 124
San Antonio, TX 78249-3345

South Austin Medical Cen
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Southland
Property Tax Consultants, Inc.
777 Main Street, Suite 1960
Fort Worth, TX 76102-5355

Southwestern Bell Telephone Company
% AT&T Services, Inc
Karen A. Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Sprint
c/o West Asset Management
P O Box 790113
Saint Louis, MO 63179-0113

Standard Insurance
1100 SW 6th Avenue (P11B)
Portland, OR 97204-1093

Tehrani, Mohammad
P O Box 140853
Austin, TX 78714-0853

Texas Community Bank
16610 IH 45
Woodlands, TX 77384-4130

Texas Protax Austin, Inc.
Bill Aleshire
RIGGS ALEGHIRE & RAY, P.C.
700 Lavaca St., Suite 920
Austin, TX 78701-3113

The Apartment Store & More
7 Switchbud Place #192-272
The Woodlands, TX 77380-3700

The Treasury
6535 Comanche Trial
Austin, TX 78732-1207

Thomas K. Bradfield
PO Box 341196
Austin, TX 78734-0020

Tracey McCullick
c/o Judy Walker
Stewart & Walker, PLLC
1903 Georgia Landing Cove
Austin, TX 78746-7263

Tracy McCullick and Linda Layle
10608 Spicewood Parkway
Austin, TX 78750-3306

Travis County
c/o Kay D. Brock
P.O. Box 1748
Austin, TX 78767-1748
USA

Travis County Tax Office
5501 Airport Blvd.
Austin, TX 78751-1410

University Federal Credit Union
P O Box 9350
Austin, TX 78766-9350

USAA
10750 McDermott Frwy
San Antonio, TX 78288-1600

Val Verde County
P O Box 1368
Del Rio, TX 78841-1368

Val Verde County
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Verification Plus, Inc. New
6161 Savoy,  Suite 600
Houston, TX 77036-3339

Village of San Leanna
5501 Airport Blvd
Austin, TX 78751-1410

W. Thomas Buckle
Scanlan, Buckle & Young, P.C.
602 West 11th Street
Austin, TX 78701-2007

Wallis Alan, LTD.
8531 N. New Braunfels, Suite 105
San Antonio TX 78217-6365

Walmart
P O Box 965023
Orlando, FL 32896-5023

Warrington & Warrington, Lts
8435 Noble Park
Fair Oaks Ranch, TX 78015-4441

Waste Corporation of Texas
6632 John Ralston Rd
Houston, TX 77049-3306

Wells Fargo
D108086-12 - 12th Floor
550 S Tryon St
Charlotte, NC 28202-4200

Wells Fargo
P O Box 54394
Los Angeles, CA 90054-0394

Wells Fargo Bank
P O Box 266000
Dallas, TX 75326-0001

Wells Fargo Bank/ CASH, LLC
c/o Law office of J.A. Cambece
200 Cummings Center
suite 173-D
Beverly, MA 01915-6190

West Asset Management, Inc
P O Box 790113
Saint Louis, MO 63179-0113

Wilmar
P O Box 404284
Atlanta, GA 30384-4284