**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 12-12272-TMD |
| JOHN E. GILMORE | § | |
| VALERIE A. GILMORE | § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |

**ORDER APPROVING APPLICATION TO SELL PROPERTY FREE
AND CLEAR OF LIENS AND OTHER INTERESTS AND FOR
PAYMENT OF CERTAIN COSTS OF SALE**

On this date came on to be heard the Application to Sell Property Free and Clear of Liens and Other Interests and for Payment of Certain Costs of Sale filed by the chapter 7 trustee. The Court finds that notice of the proposed sale of said property free and clear of liens and other interests, and of the deadline for objection thereto, was served upon all creditors and other parties in interest as provided by law, and that no objection to sale was filed as required, and that said property is wholly owned by the bankruptcy estate. It is therefore hereby

ORDERED that Trustee be and he is hereby authorized to sell free and clear of all liens and other interests property of the estate as follows:

PROPERTY DESCRIPTION: The Bankruptcy Estate's 25% interest in 1501 Beal, LP, 50% interest in Briarwood Partners GP, LLC, and 50% interest in Broadmead

                Apartments GP, LLC.

| | |
|---|---|
| PRICE: | $70,000.00 cash at closing |
| PURCHASER: | Berry Richardson and/or his assigns |
| TERMS: | The Property is being sold free and clear of all liens and other interests. |
| ESTIMATED COSTS OF SALE: | None. |

    IT IS FURTHER ORDERED that Trustee is authorized to pay costs of sale as set forth above. The Court finds that the trustee's commission and other estimated costs of sale constitute reasonable and necessary costs and expenses of preserving or disposing of the Property, and are beneficial to the estate and any secured creditor.

    IT IS FURTHER ORDERED that all liens on the property are deemed released upon the sale of the Property as herein set forth, and said liens shall instead attach solely to the proceeds of the sale, and shall under no circumstances ever revert to the Property itself.

    IT IS FURTHER ORDERED that if for any reason the above described sale does not close, Trustee is authorized to file a certificate to that effect with the Court and to thereafter close a sale of the Property to any other purchaser under the same terms and conditions as authorized by this order without the necessity of any further hearing or order of the Court.

    IT IS FURTHER ORDERED that Trustee is authorized to execute such documents, including releases of liens, as are reasonably necessary to facilitate the terms of this order.

    IT IS FURTHER ORDERED that this sale is not stayed pursuant to Bankruptcy Rule 6004(h), that this order is effective immediately, and Trustee may immediately close the sale transaction.

###

-3-

ORDER PREPARED BY:

C. Daniel Roberts, Trustee
1602 East Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email: droberts@cdrlaw.net